

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: April 6, 2020

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 1, 2020

**BY EMAIL**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**, last page.

Re:   *United States v. Karl Sebastian Greenwood*, S5 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government submits this letter to respectfully request an adjournment of the pretrial conference scheduled in the above-captioned case on April 3, 2020 at 11:30 a.m.  The Government recently provided additional discovery materials to the defendant.  Counsel for the defendant, Anthony Strazza, Esq., has indicated that the defendant requires additional time to review those materials and to engage in any appropriate discussions with the Government regarding a potential resolution of this matter.  Accordingly, the parties jointly request an adjournment of approximately 60 days.  The Government also moves, with the consent of the defendant, to exclude from the Speedy Trial Act's operation, the time between April 3, 2020 and the particular adjourn date chosen by the Court, in the interests of justice.  *See* 18 U.S.C. § 3161(h)(7)(A).

In addition, the Government requests that Superseding Indictment S5 17 Cr. 630 (ER) be unsealed and docketed, along with certain other filings related to the case.   The defendant takes no position on this request.



Letter to the Honorable Edgardo Ramos
April 1, 2020



                                          Respectfully submitted,

                                          GEOFFREY S. BERMAN
                                          United States Attorney

                              By:      /s/
                                          Christopher J. DiMase / Nicholas Folly/
                                          Julieta V. Lozano
                                          Assistant United States Attorneys /
                                          Special Assistant United States Attorney
                                          (212) 637-2433 / (212) 637-1060 /
                                          (212) 335-4025

cc:     Anthony Strazza, Esq. (by email)

> The April 3 pretrial conference is hereby adjourned to June 3, 2020, at 10:00 AM.  Speedy trial time is excluded from today, April 3, 2020, to June 3, 2020, in the interest of justice.  The Clerk of the Court is respectfully directed to unseal the S5 Indictment, S5 17-cr-630 (ER).
> SO ORDERED.
>
>                                             Edgardo Ramos, U.S.D.J
>                                             Dated:  4/6/2020
>                                             New York, New York