ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA
                                       :
        - v. -                             **SEALED INDICTMENT**
                                       :
KARL SEBASTIAN GREENWOOD,                  S5 17 Cr. 630
                                       :
            Defendant.

- - - - - - - - - - - - - - - - - - - X

## COUNT ONE
### (Conspiracy to Commit Wire Fraud)

The Grand Jury charges:

1.    From in or about 2014 through in or about January

2018, in the Southern District of New York and elsewhere, KARL

SEBASTIAN GREENWOOD, the defendant, and others known and

unknown, willfully and knowingly did combine, conspire,

confederate, and agree together and with each other to violate

Title 18, United States Code, Section 1343.

2.    It was a part and an object of the conspiracy that

KARL SEBASTIAN GREENWOOD, the defendant, and others known and

unknown, willfully and knowingly, having devised and intending

to devise a scheme and artifice to defraud and for obtaining

money and property by means of false and fraudulent pretenses,

representations, and promises, would and did transmit and cause

to be transmitted by means of wire, radio, and television

communication in interstate and foreign commerce, writings,

signs, signals, pictures, and sounds for the purpose of

executing such scheme and artifice, to wit, GREENWOOD, and

others working on his behalf, made and caused to be made false

statements and misrepresentations soliciting individuals

throughout the world, including in the Southern District of New

York, to invest in "OneCoin," a purported cryptocurrency, and

instructed individuals to transmit investment funds to OneCoin

depository accounts in order to purchase OneCoin packages,

thereby causing individuals to send interstate and international

wires representing their OneCoin investments, and resulting in

the receipt of over $1 billion of investor funds into OneCoin-

related bank accounts.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
### (Wire Fraud)

The Grand Jury further charges:

3.   From in or about 2014 through in or about January

2018, in the Southern District of New York and elsewhere, KARL

SEBASTIAN GREENWOOD, the defendant, willfully and knowingly,

having devised and intending to devise a scheme and artifice to

defraud, and for obtaining money and property by means of false

and fraudulent pretenses, representations and promises, for the

purpose of executing such scheme and artifice, transmitted and

caused to be transmitted by means of wire communication in

interstate and foreign commerce writings, signs, signals,

2

pictures, and sounds, to wit, GREENWOOD, and others working on
his behalf, made and caused to be made false statements and
misrepresentations soliciting individuals throughout the world,
including in the Southern District of New York, to invest in
"OneCoin," a purported cryptocurrency, and instructed
individuals to transmit investment funds to OneCoin depository
accounts in order to purchase OneCoin packages, and thereby
caused individuals to send interstate and international wires
representing their OneCoin investments, and resulting in the
receipt of over $1 billion of investor funds into OneCoin-
related bank accounts.

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT THREE
### (Conspiracy to Commit Money Laundering)

The Grand Jury further charges:

4.    From in or about 2014 through in or about January
2018, in the Southern District of New York and elsewhere KARL
SEBASTIAN GREENWOOD, the defendant, and others known and
unknown, knowingly did combine, conspire, confederate, and agree
together and with each other to commit money laundering, in
violation of Title 18, United States Code, Sections
1956(a)(1)(B)(i), 1956(a)(2)(B)(i), and 1956(a)(2)(A).

5.    It was a part and an object of the conspiracy that
KARL SEBASTIAN GREENWOOD, the defendant, and others known and
unknown, knowing that the property involved in certain financial

3

transactions represented the proceeds of some form of unlawful activity, would and did conduct and attempt to conduct such financial transactions which in fact involved the proceeds of specified unlawful activity, to wit, the proceeds of the wire-fraud scheme alleged in Counts One and Two of this Indictment, knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

6. It was further a part and an object of the conspiracy that KARL SEBASTIAN GREENWOOD, the defendant, and others known and unknown, would and did transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, to wit, the proceeds of the wire-fraud scheme

4

alleged in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i).

7. It was further a part and an object of the conspiracy that KARL SEBASTIAN GREENWOOD, the defendant, and others known and unknown, would and did transport, transmit, and transfer, and attempt to transport, transmit, and transfer, a monetary instrument and funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity, to wit, the wire-fraud scheme alleged in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Section 1956(a)(2)(A).

(Title 18, United States Code, Section 1956(h).)

## COUNT FOUR
### (Conspiracy to Commit Securities Fraud)

The Grand Jury further charges:

8. From in or about 2014 through in or about January 2018, in the Southern District of New York and elsewhere, KARL SEBASTIAN GREENWOOD, the defendant, and others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, securities fraud, in violation of Title 15, United States Code, Sections 78j(b) &

78ff, and Title 17, Code of Federal Regulations, Section
240.10b-5.

9.    It was a part and object of the conspiracy that
KARL SEBASTIAN GREENWOOD, the defendant, and others known and
unknown, willfully and knowingly, directly and indirectly, by
the use of the means and instrumentalities of interstate
commerce, and of the mails, and of facilities of national
securities exchanges, would and did use and employ, in
connection with the purchase and sale of securities,
manipulative and deceptive devices and contrivances in violation
of Title 17, Code of Federal Regulations, Section 240.10b-5 by:
(a) employing devices, schemes and artifices to defraud; (b)
making untrue statements of material fact and omitting to state
material facts necessary in order to make the statements made,
in the light of the circumstances under which they were made,
not misleading; and (c) engaging in acts, practices and courses
of business which operated and would operate as a fraud and
deceit upon persons, all in violation of Title 15, United States
Code, Sections 78j(b) and 78ff, and Title 17, Code of Federal
Regulations, Section 240.10b-5, to wit, GREENWOOD, and others
working on his behalf, made and caused to be made false
statements and misrepresentations soliciting individuals
throughout the world, including in the Southern District of New
York, to invest in "OneCoin," a purported cryptocurrency, and

6

thereby caused individuals in the United States and elsewhere to purchase OneCoin packages, and resulting in the receipt of over \$1 billion of investor funds into OneCoin-related bank accounts.

## Overt Acts

10.   In furtherance of the conspiracy and to effect the illegal objects thereof, KARL SEBASTIAN GREENWOOD, the defendant, and his co-conspirators committed the following overt acts, among others, in the Southern District of New York and elsewhere:

a.   On or about July 1, 2015, GREENWOOD sent an e-mail to a co-conspirator not named herein ("CC-1"), stating in part, "I thought this could go out tonight, problem is I don't have the access to send out to the members," and attaching a document which announced a July 4, 2015 online webinar hosted by CC-1 and others to mark the official opening of the United States market for OneCoin.

b.   On or about July 4, 2015, CC-1 participated in an online webinar, later posted to YouTube.com, in which CC-1 announced the official opening of the United States market for OneCoin.

c.   On or about August 18, 2015, in order to purchase a OneCoin package, at the direction of a second co-conspirator not named herein ("CC-2"), a victim residing in the United States wired approximately \$5,548 through a correspondent bank

7

located in New York, New York, to benefit a bank account held in the name of "OneCoin Ltd.," opened at the direction of CC-1 at Mashreq Bank in Dubai, United Arab Emirates.

(Title 18, United States Code, Section 371.)

## COUNT FIVE
## (Securities Fraud)

11.     From in or about 2014 through in or about January 2018, in the Southern District of New York and elsewhere, KARL SEBASTIAN GREENWOOD, the defendant, willfully and knowingly, directly and indirectly, by the use of means and instrumentalities of interstate commerce, the mails and the facilities of national securities exchanges, in connection with the purchase and sale of securities, did use and employ manipulative and deceptive devices and contrivances, in violation of Title 17, Code of Federal Regulations, Section 240.10b-5, by (a) employing devices, schemes and artifices to defraud; (b) making untrue statements of material facts and omitting to state material facts necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; and (c) engaging in acts, practices and courses of business which operated and would operate as a fraud and deceit upon persons, to wit, GREENWOOD, and others working on his behalf, made and caused to be made false statements and misrepresentations soliciting individuals throughout the world, including in the Southern District of New

8

York, to invest in "OneCoin," a purported cryptocurrency, and thereby caused individuals in the United States and elsewhere to purchase OneCoin packages, and resulting in the receipt of over $1 billion of investor funds into OneCoin-related bank accounts.

(Title 15, United States Code, Sections 78j(b) & 78ff; Title 17, Code of Federal Regulations, Section 240.10b-5; and Title 18, United States Code, Section 2.)

## FORFEITURE ALLEGATIONS

12. As a result of committing the offenses alleged in Counts One, Two, Four, and Five of this Indictment, KARL SEBASTIAN GREENWOOD, the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses that the defendant personally obtained.

13. As a result of committing the offense alleged in Count Three of this Indictment, KARL SEBASTIAN GREENWOOD, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum

9

of money in United States currency representing the amount of property involved in said offense.

## Substitute Asset Provision

14.   If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981 and 982; Title 21, United States Code, Sections 853; and Title 28, United States Code, Section 2461.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KARL SEBASTIAN GREENWOOD,

Defendant.

SEALED INDICTMENT

S5 17 Cr. 630

(18 U.S.C. §§ 371, 1343, 1349, 1956(h),
and 2; 15 U.S.C. §§ 78j(b) and 78ff;
and 17 C.F.R. § 240.10b-5)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.

2|6|18   Filed Indictment under seal   USMJ Aaron MG