UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                 **NOTICE OF APPEARANCE**

                                                 Indictment No.: 17-CR-00630 (ER)

       -against-

KARL SEBASTIAN GREENWOOD,

                              Defendant.
------------------------------------------------------------------X
SIR:

      PLEASE TAKE NOTICE that Bruce A. Barket, Esq. hereby does appear in the above entitled action and that the firm is retained as attorney for KARL SEBASTIAN GREENWOOD the Defendant herein, in this proceeding and demand that a copy of all notices and other papers in this proceeding be served upon me at the office and post office address stated below.

Dated: Garden City, New York
       May 28, 2020

                                                   BARKET EPSTEIN KEARON
                                                   ALDEA & LOTURCO, LLP

                                                   Bruce A. Barket, Esq.
                                                   666 Old Country Road, Suite 700
                                                   Garden City, NY 11530
                                                   (516) 745-1500