UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>KARL SEBASTIAN GREENWOOD,<br><br>Defendant. | **ORDER**<br><br>17 Cr. 630-5 (ER) |

Ramos, D.J.:

    The conference scheduled for **June 3, 2020**, is hereby RESCHEDULED to occur as a videoconference using the CourtCall platform on **June 24, 2020**, at **11:00 a.m.** A subsequent scheduling order with access information for the press and public will be issued on June 19, 2020.

    With consent, speedy trial time is excluded from June 3, 2020, until June 24, 2020, in the interest of justice.

SO ORDERED.

Dated: June 5, 2020
       New York, New York

                                                                   Edgardo Ramos, U.S.D.J.