

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

June 17, 2020

Hon. Edgardo Ramos
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    United States v. Karl Sebastian Greenwood
               Case:  17-CR-630

Dear Judge Ramos,

    This office represents Mr. Greenwood. On the government's consent, we are writing to request an adjournment of next week's court conference from June 24, 2020 to **August 5, 2020**. The reason for this request is that while we are still navigating the voluminous and complex discovery, our ability to confer with our client remains substantially limited. Under normal circumstances we would have been able to meet with our client for several hours per day, several days per week, to discuss and prepare the case as necessary. But under current restrictions we are limited to a single thirty-minute phone call per week. The requested adjournment will thus account for these restrictions, and it will allow us sufficient time to communicate with Mr. Greenwood before our next appearance in Court.

    Thank you for your consideration.

                                                   /s/
                                         Bruce Barket
                                         Alexander Klein