

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 20, 2020

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Karl Sebastian Greenwood*, S5 17 Cr. 630 (ER)

Dear Judge Ramos:

    By letter dated June 17, 2020, the defendant requested an adjournment of the pretrial conference previously scheduled on June 24, 2020, to August 5, 2020, in order to continue his review of the "voluminous and complex discovery," and in light of the present limitations on counsel's ability to confer with the defendant. The Court granted that request by Order dated June 19, 2020. For the same reasons cited by the defendant in seeking that adjournment, the Government requests, with the consent of the defendant, that Speedy Trial time between June 24, 2020 and August 5, 2020, be excluded in the interests of justice.

        Respectfully submitted,

        AUDREY STRAUSS
        Acting United States Attorney

By:    /s/
        Christopher J. DiMase / Nicholas Folly/
        Julieta V. Lozano
        Assistant United States Attorneys /
        Special Assistant United States Attorney
        (212) 637-2433 / (212) 637-1060 /
        (212) 335-4025

cc:    Bruce Barket, Esq. (by ECF)
        Alexander Klein, Esq. (by ECF)