

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

September 28, 2020

Hon. Edgardo Ramos
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   United States v. Karl Sebastian Greenwood
      Case:  17-CR-630

Dear Judge Ramos,

    This office represents Mr. Greenwood.  On the government's consent, we are writing to request an adjournment of next week's court conference from October 5, 2020 to **December 18, 2020 at 10:30 a.m.**  The reason for this request is that while we are still navigating a material portion of the discovery in this case, our ability to confer with our client has been substantially curtailed for months.  Indeed, today was the first time we have been able to meet with our client in person.  Nevertheless, we have had several conferences with the government and are in the process of receiving additional discovery materials that we anticipate to be voluminous.  The requested adjournment will allow time for us to review this tranche of discovery and, in turn, to give appropriate advice to our client.

    If this request is granted, we will consent to the exclusion of time from October 5, 2020 to December 18, 2020 for speedy trial purposes.  Thank you for your consideration.

                                                    /s/
                                        Bruce Barket
                                        Alexander Klein

---

The October 5 status conference is hereby adjourned to December 18, 2020, at 10:30 a.m. Speedy trial time is excluded from October 5, 2020, until December 18, 2020, in the interest of justice.

SO ORDERED.

                                                   Edgardo Ramos, U.S.D.J
                                                   Dated:  10/5/2020
                                                   New York, New York