UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                        Plaintiff,

        - against -

KARL SEBASTIAN GREENWOOD,

                       Defendants.
-------------------------------------------------------x

**SCHEDULING NOTICE**

17 Civ. 630-5 (ER)

      The status conference scheduled for **December 18, 2020, at 10:30 a.m.** will occur remotely and by telephone. The parties are directed to call the Court at **(877) 411-9748 and use access code 302 9857#** when prompted. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

Dated:  December 11, 2020
           New York, New York

                                                      s/Jazmin Rivera
                                          Jazmin Rivera, Courtroom Deputy