UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Plaintiff,                      **SCHEDULING NOTICE**

      - against -

                                                  17 Civ. 630-5 (ER)

KARL SEBASTIAN GREENWOOD,

                    Defendants.
-------------------------------------------------------x

The status conference scheduled for **December 18, 2020, at 10:30 a.m.** will occur remotely and by telephone. The parties are directed to call the Court at **(877) 411-9748 and use access code 302 9857#** when prompted. (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

Dated:  December 11, 2020
           New York, New York

                                                      _____s/Jazmin Rivera_____
                                                      Jazmin Rivera, Courtroom Deputy