

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2020

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Karl Sebastian Greenwood*, S5 17 Cr. 630 (ER)

Dear Judge Ramos:

     We write with the consent of the defendant to request a 90-day stay of discovery in the above-captioned matter.   To date, the Government has produced to the defendant a voluminous amount of discovery, including, but not limited to, two hard drives containing several terabytes of data.   In light of the voluminous discovery produced to date, which defense counsel is still in the process of reviewing, the Government would request that the production of discovery be stayed for a period of 90 days.   This stay will enable the defense to continue review the discovery that the Government has produced, and will also save resources in the event the parties are able to reach a pre-trial disposition.   Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s/
Nicholas Folly / Michael McGinnis
Assistant United States Attorneys
(212) 637-1060 / 2305

The Government's request to stay discovery for 90 days is granted.  Discovery is therefore stayed until March 18, 2021.

It is SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 12/18/2020
New York, New York