

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/22/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2021

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Discovery is stayed by an additional sixty days, until May 18, 2021. A status conference is scheduled for May 19, 2021 at 10:30 a.m. The parties are instructed to dial (877) 411-9748 and enter access code 3029857# when prompted.
>
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 3/22/2021
> New York, New York

Re:   *United States v. Karl Sebastian Greenwood*, S5 17 Cr. 630 (**ER**)

Dear Judge Ramos:

      We write with the consent of the defendant to request an additional 60-day stay of discovery in the above-captioned matter. The current stay of discovery expires tomorrow, March 18, 2021. As previously noted, the Government has produced to the defendant a voluminous amount of discovery, including, but not limited to, two hard drives containing several terabytes of data. In light of the voluminous discovery produced to date, which defense counsel is still in the process of reviewing, the Government would request that the production of discovery be stayed for an additional period of 60 days. This stay will enable the defense to continue review the discovery that the Government has produced, and will also save resources in the event the parties are able to reach a pre-trial disposition. Defense counsel consents to this request.

      Respectfully submitted,

      AUDREY STRAUSS
      United States Attorney

By:   s/
      Nicholas Folly / Michael McGinnis
      Assistant United States Attorneys
      (212) 637-1060 / 2305