```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :    UNSEALING ORDER
                                    :
    - v. -                          :    S2 17 Cr. 630 (ER)
                                    :
KARL SEBASTIAN GREENWOOD,            :
                                    :
                Defendant.          :
                                    :
- - - - - - - - - - - - - - - - - -X
```

Upon application of the United States of America, by and through Assistant United States Attorney Christopher J. DiMase, it is hereby ORDERED that Superseding Indictment **S2 17 Cr. 630 (ER),** which was filed under seal on October 10, 2017, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       April 21, 2021

_____
JAMES L. COTT
United States Magistrate Judge