

**666 OLD COUNTRY ROAD, SUITE 700**
**GARDEN CITY, NEW YORK 11530**
**516.745.1500 • [F] 516.745.1245**
**WWW.BARKETEPSTEIN.COM**

**ADDITIONAL OFFICES:**
**EMPIRE STATE BUILDING, NY, NEW YORK**
**HUNTINGTON, NEW YORK**
**ALL MAIL TO GARDEN CITY ADDRESS**

May 17, 2021

Hon. Edgardo Ramos
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    United States v. Karl Sebastian Greenwood
             Case:  17-CR-630

Dear Judge Ramos,

     This office represents Mr. Greenwood. On the government's consent, we are writing to request an adjournment of Wednesday's conference with the Court. The reason for this request is that we have a sealed proceeding scheduled the same day before Judge Karas in the matter of *United States v. Tartaglione* (16-CR-832). Accordingly, we request a brief adjournment to any of the following dates and times, depending upon the Court's availability for a teleconference:

      May 24, 2021, at 2:00pm;
      May 25, 2021, at 4:00pm; or
      May 27, 2021, at 4:00pm.

Thank you for your consideration.

                                         /s/ *Bruce Barket*
                                         Bruce Barket, Esq.