

**666 OLD COUNTRY ROAD, SUITE 700**
**GARDEN CITY, NEW YORK 11530**
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

## MEMO ENDORSED

May 17, 2021

Hon. Edgardo Ramos
Southern District of New York
40 Foley Square
New York, New York 10007

> Defendant's request for an adjournment is granted. The status conference is rescheduled to May 27, 2021 at 4:00 p.m. The parties are directed to call (877) 411-9748 at that time and enter the access code 3029857, followed by the pound (#) sign when prompted.
>
> It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 05/18/2021
> New York, New York

Re: United States v. Karl Sebastian Greenwood
Case: 17-CR-630

Dear Judge Ramos,

This office represents Mr. Greenwood. On the government's consent, we are writing to request an adjournment of Wednesday's conference with the Court. The reason for this request is that we have a sealed proceeding scheduled the same day before Judge Karas in the matter of *United States v. Tartaglione* (16-CR-832). Accordingly, we request a brief adjournment to any of the following dates and times, depending upon the Court's availability for a teleconference:

> May 24, 2021, at 2:00pm;
> May 25, 2021, at 4:00pm; or
> May 27, 2021, at 4:00pm.

Thank you for your consideration.

/s/ *Bruce Barket*
Bruce Barket, Esq.