USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 9/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Plaintiff,

    - against -

KARL SEBASTIAN GREENWOOD,

                    Defendants.
--------------------------------------------------------x

**RESCHEDULING NOTICE**

17 Cr. 630-5 (ER)

The telephone conference previously scheduled for September 10, 2021, is hereby rescheduled for **September 21, 2021, at 10:30 a.m.** The parties are directed to call the Court at **(877) 411-9748 and use access code 302 9857#** when prompted. Members of the press and public may call the same number, but will not be permitted to speak during the conference. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

Dated: September 9, 2021
       New York, New York

                                                   s/ Jazmin Rivera
                                                 Jazmin Rivera, Courtroom Deputy