

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_9/13/2021\_\_\_\_

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 10, 2021

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

# MEMO ENDORSED

Re:   *United States v. Karl Sebastian Greenwood*, S5 17 Cr. 630 (ER)

Dear Judge Ramos:

     In light of the recent adjournment of the pretrial conference in this matter from today, September 10, until September 21, 2021, the Government writes to request a corresponding exclusion of time through September 21, 2021, in the interest of justice, so that defense counsel can continue to review discovery and evaluate potential pretrial motions.  Defense counsel consents to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:  s/_____
Nicholas Folly / Michael McGinnis
Assistant United States Attorneys
(212) 637-1060 / 2305

The application is  _X_  granted
                    \_\_\_\_ denied

_____
Edgardo Ramos, U.S.D.J
Dated: \_\_9/13/2021_____
New York, New York