UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

                        Plaintiff,

           - against -

KARL SEBASTIAN GREENWOOD,

                      Defendants.
------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED:   9/17/2021
```

**AMENDED
RESCHEDULING
NOTICE**

17 Cr. 630-5 (ER)

      The telephone conference previously scheduled for 10:30 a.m. on September 10, 2021, is hereby rescheduled for **12:00 p.m. on September 21.**  The parties are directed to call the Court at **(877) 411-9748 and use access code 302 9857#** when prompted.  Members of the press and public may call the same number, but will not be permitted to speak during the conference.  All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

Dated:  September 17, 2021
        New York, New York

                                 s/ Jazmin Rivera
                           Jazmin Rivera, Courtroom Deputy