```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __2/17/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                -against -

KARL SEBASTIAN GREENWOOD,

                          Defendant.
-------------------------------------------------------x

**RESCHEDULING NOTICE**

17 Cr. 630-5 (ER)


      The pretrial conference previously scheduled for February 24, 2022 at 3:30 p.m., is

hereby **rescheduled for 11:30 a.m. on February 24.**  The conference will occur in person at the

Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007,

Courtroom 619.


Dated:  New York, New York
       February 17, 2022


                         s/ Jazmin Rivera_____
                        Jazmin Rivera,  Courtroom Deputy