UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KARL SEBASTIAN GREENWOOD<br><br>*Defendants.* | 17 Cr. 630 (ER) |

**NOTICE OF APPEARANCE**

Please take notice that Justin Weddle of Weddle Law PLLC, with offices located at 250 W. 55th Street, Floor 30, New York, NY 10019, hereby enters an appearance as counsel on behalf of **KARL SEBASTIAN GREENWOOD**. I certify that I am admitted to practice in the Southern District of New York.

Dated:   New York, NY
         February 20, 2022

_____
Justin S. Weddle
Weddle Law PLLC
250 W. 55th Street, Floor 30
New York, NY 10019
212-997-5518
jweddle@weddlelaw.com