

666 OLD COUNTRY ROAD, SUITE 700
GARDEN CITY, NEW YORK 11530
516.745.1500 • [F] 516.745.1245
WWW.BARKETEPSTEIN.COM

ADDITIONAL OFFICES:
EMPIRE STATE BUILDING, NY, NEW YORK
HUNTINGTON, NEW YORK
ALL MAIL TO GARDEN CITY ADDRESS

February 22, 2022

Hon. Edgardo Ramos
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    United States v. Karl Sebastian Greenwood
           Case:  17-CR-630

Dear Judge Ramos,

     This office represents Karl Sebastian Greenwood.  We are writing because our client has terminated his relationship with our office and hired new counsel, and thus we are requesting leave to withdraw as counsel in accordance with New York's Rules of Professional Conduct.  *See* Rule 1.16(b)(3) (requiring withdrawal upon termination), Rule 1.16(d) (requiring pre-withdrawal permission if required by local rules), Local Criminal Rule 1.2 (requiring withdrawal pursuant to Local Civil Rule 1.4), and Local Civil Rule 1.4 (requiring a court order).

     We appreciate that this request is complicated by the history of attorneys who have been retained and terminated in the course of these proceedings.  The case had been pending for years before we were hired as counsel, and we received the Court's good graces after we were retained in order to facilitate our ability to receive and review the discovery.  However, Mr. Greenwood is facing extraordinary exposure in this matter; his new counsel, Mr. Weddle, is aware of the procedural posture of the case; and we respectfully request that Mr. Greenwood be able to proceed toward trial in this high-stakes matter with the counsel of his choice.

     Thank you for your consideration.

                                                            /s/
                                                 Alexander Klein, Esq.