

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 23, 2022

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Karl Sebastian Greenwood*, S5 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter to request an adjournment of the pretrial conference in the above-captioned case, presently scheduled for February 24, 2022 at 11:30 a.m. On February 20, 2022, the defendant retained new counsel. Greenwood's prior counsel also withdrew from the case this week. In light of defense counsel's trial schedule, the parties respectfully request an adjournment of approximately two months of the pretrial conference to permit defense counsel sufficient time to review discovery and consult with the defendant. The Government anticipates requesting a motions schedule and trial date at the rescheduled pretrial conference. The Government also requests the exclusion of time through the newly rescheduled conference, in the interest of justice, so that defense counsel can review discovery and so the parties can engage in discussions regarding a potential pretrial resolution. Defense counsel consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    s/_____
    Nicholas Folly / Michael McGinnis /
    Juliana Murray
    Assistant United States Attorneys
    (212) 637-1060 / 2305 / 2314