UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| -against- : | |
| : | NOTICE OF APPEARANCE |
| : | (S2) 17 Cr. 630 (ER) |
| KARL SEBASTIAN GREENWOOD, | |
| : | |
| Defendant. : | |

-------------------------------------------------------------X

PLEASE BE ADVISED THAT I have been retained to represent the above-referenced individual in this matter. I have been a member of the bar of this District since October 25, 1986, and am in good standing.

My details are as follows:

> Howard Leader
> Attorney at Law
> P.O. Box 250894
> 534 West 112th Street
> New York, NY 10025
> Tel: (646) 533-7696
> Fax: (212) 590-9676
> E-mail: howard.leader@gmail.com
>          howard.leader@protonmail.com

Dated: New York, New York
March 23, 2021

*Howard Leader*
HOWARD LEADER

To: Clerk of the Court (VIA ECF)