

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 26, 2022

**BY ECF**

**MEMO ENDORSED**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:   *United States v. Karl Sebastian Greenwood*, S5 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter to request an adjournment of the pretrial conference in the above-captioned case, presently scheduled for April 28, 2022 at 4:00 p.m. On February 20, 2022, the defendant retained new counsel, and the Government has produced discovery to the defendant's new counsel. The parties respectfully request an adjournment of approximately six weeks of the pretrial conference to permit defense counsel sufficient time to review discovery and consult with the defendant. The Government anticipates requesting a motions schedule and trial date at the rescheduled pretrial conference. The Government also requests the exclusion of time through the newly rescheduled conference, in the interest of justice, so that defense counsel can review discovery and so the parties can engage in discussions regarding a potential pretrial resolution. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:   s/_____
Nicholas Folly / Michael McGinnis /
Juliana Murray
Assistant United States Attorneys
(212) 637-1060 / 2305 / 2314

---

The pretrial conference is adjourned to June 16, 2022 at 11 a.m. Speedy trial time is excluded from April 28, 2022, until June 16, 2022 in the interest of justice.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 4/26/2022
New York, New York