UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    **RESCHEDULING NOTICE**

-against -

KARL SEBASTIAN GREENWOOD,                  17 Cr. 630-5 (ER)

                    Defendant.
-------------------------------------------------------x

The pretrial conference previously scheduled for June 29, 2022, is hereby **rescheduled for June 28, 2022 at 9 a.m. by telephone.** The parties are reminded to call (877) 411-9748 and enter access code 3029857# when prompted.

Dated:  New York, New York
           June 17, 2022

                                                          s/ Jazmin Rivera
                                                          Jazmin Rivera,  Courtroom Deputy