

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2022

**BY ECF**

**MEMO ENDORSED**, last page.

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Karl Sebastian Greenwood*, S5 17 Cr. 630 (ER)

Dear Judge Ramos:

The Government respectfully submits this letter, on behalf of the parties (and with the consent of defense counsel), to make the following scheduling requests in the above-captioned case, subject to the Court's availability:

1. The pretrial conference scheduled for June 28, 2022 is adjourned *sine die*.

2. The defendant's pre-trial motions are due on October 17, 2022; the Government's opposition is due on November 14, 2022; and the defendant's reply is due on December 5, 2022.

3. Oral argument on the defendant's pre-trial motions, if any is requested, will be held on December 19, 2022.

4. Trial will be scheduled to commence on May 15, 2023.

The Government also requests the exclusion of time through the trial date set by the Court, in the interest of justice, so that defense counsel can review discovery, prepare pre-trial motions,

2

and prepare for trial.   The Government understands that defense counsel consents to this request.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

By:   s/_____
       Nicholas Folly / Michael McGinnis /
       Juliana Murray
       Assistant United States Attorneys
       (212) 637-1060 / 2305 / 2314

cc:   Justin Weddle, Esq. (by ECF)
      Howard Leader, Esq. (by ECF)

---

The June 28, 2022 is adjourned.  The proposed pre-trial motions schedule is approved.  Oral argument will be held on December 21, 2022 at 2 p.m.  Trial will commence on May 15, 2023 at 9 a.m.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated:  6/23/2022
New York, New York