

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

October 13, 2022

**By ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **United States v. Karl Sebastian Greenwood**, S5 17 Cr. 630 (ER)

Dear Judge Ramos:

    We respectfully submit this letter on behalf of the parties (and with the consent of government counsel) to request that the motion schedule in this matter be modified as follows:

1. The defendant's pretrial motions due-date extended from October 17, 2022 to November 30, 2022;

2. The government's response due-date extended from November 14, 2022 to January 13, 2023;

3. The defendant's reply due-date extended from December 5, 2022 to January 30, 2023;

4. The oral argument adjourned from December 21, 2022 to a date convenient to the Court; and

5. The trial date of May 15, 2023 remain unchanged.

    The reason for this request is that the parties are engaged in discussions that may obviate motion practice or narrow the issues in dispute. We believe that these discussions may take several weeks. In addition, members of the prosecution team have trial obligations in the coming months, and therefore have requested that, if the motions schedule is adjourned to facilitate these discussions, that the government's response date be adjourned



to mid-January. The defendant consents to the exclusion of time from the Speedy Trial clock from today through the oral argument date.

Respectfully submitted,

Justin S. Weddle