

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2022

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Karl Sebastian Greenwood,* **S5 17 Cr. 630 (ER)**

Dear Judge Ramos:

    The Government writes to confirm the exclusion of Speedy Trial Act time through the trial date of May 15, 2023.

    On June 21, 2022, the Government submitted a letter seeking, *inter alia*, to exclude Speedy Trial Act time through the trial date of May 15, 2023. Dkt. 485. The Government's letter said that the exclusion was, "in the interest of justice, so that defense counsel can review discovery, prepare pre-trial motions, and prepare for trial. The Government understands that defense counsel consents to this request." *Id.* Two days later, the Court endorsed the Government's letter. Dkt. 486. The endorsement written on the Government's letter itself did not mention Speedy Trial Act exclusion, *id.* at p. 2, while the minute entry on the docket stated, "Time excluded from 6/23/2022 until 5/15/2023." *Id.*

    For the avoidance of doubt, the Government respectfully requests that the Court make a finding that time is excluded through May 15, 2023 and that the exclusion of time ordered on June

23, 2022, was in the interest of justice because it would allow defense counsel to review discovery, prepare pre-trial motions, and prepare for trial.   18 U.S.C. § 3161(h)(7).

                                    Respectfully submitted,

                                    DAMIAN WILLIAMS
                                    United States Attorney

                  By:      /s/
                         Christopher J. DiMase/ Nicholas Folly/
                         Juliana N. Murray/ Kevin Mead
                         Assistant United States Attorneys
                         (212) 637-2433/1060/2314/2211

cc:     Justin S. Weddle and Howard R. Leader, counsel for Karl Sebastian Greenwood (by ECF)