

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2022

<u>VIA ECF</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Karl Sebastian Greenwood,* **S5 17 Cr. 630 (ER)**

Dear Judge Ramos:

    In light of the issues raised by the defendant in his letter of November 16, 2022, dkt. 496, the Government withdraws for now the application in its letter motion of November 15, dkt. 495.

    The defendant explicitly stated in his letter that he is not presently making any motion under the Speedy Trial Act. Dkt. 496 at 2 ("the defendant has not made a final determination of whether to make a motion to dismiss pursuant to the Speedy Trial Act"). If and when the defendant does file such a motion, the Government will address the issues the defendant has raised.

                                                         Respectfully submitted,

                                                          DAMIAN WILLIAMS
                                                          United States Attorney

                               By:        /s/
                                                           Christopher J. DiMase/ Nicholas Folly/
                                                          Juliana N. Murray/ Kevin Mead
                                                            Assistant United States Attorneys
                                                           (212) 637-2433/1060/2314/2211

cc:    Justin S. Weddle and Howard R. Leader, counsel for Karl Sebastian Greenwood (by ECF)