

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

November 29, 2022

**By ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     **United States v. Karl Sebastian Greenwood, S5 17 Cr. 630 (ER)**

Dear Judge Ramos:

    We respectfully submit this letter with the consent of government counsel to request that the due-date for defendant's pretrial motions be extended for one week to December 7, 2022. The reason for this request is that the parties continue to engage in discussions that may obviate motion practice or narrow the issues in dispute. By memo endorsement dated October 18, 2022, the Court has excluded time from the Speedy Trial clock through February 1, 2023.

                                    Respectfully submitted,

                                      Justin S. Weddle