UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - X
                                       :
UNITED STATES OF AMERICA
                                       :
        - v. -                              **SUPERSEDING**
                                       :    **INFORMATION**
KARL SEBASTIAN GREENWOOD,
                                       :    S16 17 Cr. 630 (ER)
                Defendant.

- - - - - - - - - - - - - - - - - - - X

## COUNT ONE
### (Conspiracy to Commit Wire Fraud)

The United States Attorney charges:

1.    From in or about 2014 through in or about January
2018, in the Southern District of New York and elsewhere, KARL
SEBASTIAN GREENWOOD, the defendant, and others known and
unknown, willfully and knowingly combined, conspired,
confederated, and agreed together and with each other to violate
Title 18, United States Code, Section 1343.

2.    It was a part and an object of the conspiracy that
KARL SEBASTIAN GREENWOOD, the defendant, and others known and
unknown, knowingly having devised and intending to devise a
scheme and artifice to defraud and for obtaining money and
property by means of false and fraudulent pretenses,
representations, and promises, would and did transmit and cause
to be transmitted by means of wire, radio, and television
communication in interstate and foreign commerce, writings,

signs, signals, pictures, and sounds for the purpose of

executing such scheme and artifice, to wit, GREENWOOD, and

others working on his behalf, made and caused to be made false

statements and misrepresentations soliciting individuals

throughout the world, including in the Southern District of New

York, to invest in "OneCoin," a purported cryptocurrency, and

instructed individuals to transmit investment funds to OneCoin

depository accounts in order to purchase OneCoin packages,

thereby causing individuals to send interstate and international

wires representing their OneCoin investments, and resulting in

the receipt of over $1 billion of investor funds into OneCoin-

related bank accounts.

(Title 18, United States Code, Section 1349.)

## COUNT TWO
## (Wire Fraud)

The United States Attorney further charges:

3.   From in or about 2014 through in or about January

2018, in the Southern District of New York and elsewhere, KARL

SEBASTIAN GREENWOOD, the defendant, knowingly having devised and

intending to devise a scheme and artifice to defraud, and for

obtaining money and property by means of false and fraudulent

pretenses, representations and promises, for the purpose of

executing such scheme and artifice, transmitted and caused to be

transmitted by means of wire communication in interstate and

foreign commerce writings, signs, signals, pictures, and sounds,

to wit, GREENWOOD, and others working on his behalf, made and caused to be made false statements and misrepresentations soliciting individuals throughout the world, including in the Southern District of New York, to invest in "OneCoin," a purported cryptocurrency, and instructed individuals to transmit investment funds to OneCoin depository accounts in order to purchase OneCoin packages, and thereby caused individuals to send interstate and international wires representing their OneCoin investments, and resulting in the receipt of over $1 billion of investor funds into OneCoin-related bank accounts.

(Title 18, United States Code, Sections 1343 and 2.)

## COUNT THREE
### (Conspiracy to Commit Money Laundering)

The United States Attorney further charges:

4. From in or about 2014 through in or about January 2018, in the Southern District of New York and elsewhere KARL SEBASTIAN GREENWOOD, the defendant, and others known and unknown, knowingly and willfully combined, conspired, confederated, and agreed together and with each other to commit money laundering, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), 1956(a)(2)(B)(i), and 1956(a)(2)(A).

5. It was a part and an object of the conspiracy that KARL SEBASTIAN GREENWOOD, the defendant, and others known and unknown, knowing that the property involved in certain financial transactions represented the proceeds of some form of unlawful

activity, would and did conduct and attempt to conduct such

financial transactions which in fact involved the proceeds of

specified unlawful activity, to wit, the proceeds of the wire-

fraud scheme alleged in Counts One and Two of this Information,

knowing that the transactions were designed in whole and in part

to conceal and disguise the nature, location, source, ownership,

and control of the proceeds of specified unlawful activity, in

violation of Title 18, United States Code, Section

1956(a)(1)(B)(i).

6.    It was further a part and an object of the conspiracy

that KARL SEBASTIAN GREENWOOD, the defendant, and others known

and unknown, would and did transport, transmit, and transfer,

and attempt to transport, transmit, and transfer a monetary

instrument and funds from a place in the United States to and

through a place outside the United States, and to a place in the

United States from and through a place outside the United

States, knowing that the monetary instrument and funds involved

in the transportation, transmission, and transfer represented

the proceeds of some form of unlawful activity and knowing that

such transportation, transmission, and transfer was designed in

whole and in part to conceal and disguise the nature, location,

source, ownership, and control of the proceeds of specified

unlawful activity, to wit, the proceeds of the wire-fraud scheme

alleged in Counts One and Two of this Information, in violation
of Title 18, United States Code, Section 1956(a)(2)(B)(i).

7.    It was further a part and an object of the conspiracy
that KARL SEBASTIAN GREENWOOD, the defendant, and others known
and unknown, would and did transport, transmit, and transfer,
and attempt to transport, transmit, and transfer, a monetary
instrument and funds from a place in the United States to and
through a place outside the United States, and to a place in the
United States from and through a place outside the United
States, with the intent to promote the carrying on of specified
unlawful activity, to wit, the wire-fraud scheme alleged in
Counts One and Two of this Information, in violation of Title
18, United States Code, Section 1956(a)(2)(A).

(Title 18, United States Code, Section 1956(h).)

**FORFEITURE ALLEGATIONS**

8.    As a result of committing the offenses alleged in
Counts One and Two of this Information, KARL SEBASTIAN
GREENWOOD, the defendant, shall forfeit to the United States
pursuant to Title 18, United States Code, Section 981(a)(1)(C),
and Title 28, United States Code, Section 2461(c), any and all
property, real and personal, that constitutes or is derived from
proceeds traceable to the commission of said offenses, including
but not limited to a sum of money in United States currency

representing the amount of proceeds traceable to the commission of said offenses that the defendant personally obtained.

9.    As a result of committing the offense alleged in Count Three of this Information, KARL SEBASTIAN GREENWOOD, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

Substitute Asset Provision

10.    If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States

6

Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable

property.

    (Title 18, United States Code, Sections 981 and 982;
      Title 21, United States Code, Sections 853; and
       Title 28, United States Code, Section 2461.)

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KARL SEBASTIAN GREENWOOD,

Defendant.

## SUPERSEDING INFORMATION

S16 17 Cr. 630

(18 U.S.C. §§ 1343, 1349, 1956(h),
and 2)

DAMIAN WILLIAMS
United States Attorney