CT. #EX.#1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :
UNITED STATES OF AMERICA            :     **Waiver of Indictment**
                                    :
   - v. -                           :
                                    :     S16 17 CR 630 (ER)
KARL SEBASTIAN GREENWOOD,            :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - -X

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1343, 1349, 1956(h), and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
KARL SEBASTIAN GREENWOOD
Defendant

_____
Witness

_____
JUSTIN S. WEDDLE
HOWARD R. LEADER
Counsel for Defendant

Dated:   New York, New York
         December 16, 2022