UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KARL SEBASTIAN GREENWOOD<br><br>*Defendant.* | S5 17 Cr. 630 (ER) |

## NOTICE OF APPEARANCE

Please take notice that Julia I. Catania of Weddle Law PLLC, with offices located at 250 W. 55th Street, Floor 30, New York, NY 10019, hereby enters an appearance as additional counsel on behalf of **KARL SEBASTIAN GREENWOOD**. I certify that I am admitted to practice in the Southern District of New York.

Dated:   New York, NY
         January 18, 2023

*/s/ Julia I. Catania*
Julia I. Catania
Weddle Law PLLC
250 W. 55th Street, Floor 30
New York, NY 10019
212-993-5898
jcatania@weddlelaw.com