

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

**MEMO ENDORSED**

January 18, 2023

**By ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> The revised briefing schedule is approved. Oral argument will be held on March 9, 2023 at 3:30 p.m.
> SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: 1/19/2023
> New York, New York

Re:   **United States v. Karl Sebastian Greenwood**, S5 17 Cr. 630 (ER)

Dear Judge Ramos:

We respectfully submit this letter with the consent of the prosecutorssor to request a three-business-day adjournment of the briefing schedule relating to the *Azeem* issue (i.e. whether the sentencing guidelines should be calculated based on U.S.-nexus or worldwide conduct). This adjustment would result in the following changes:

Defendant's initial brief due January 25, 2023 (rather than January 20)

Prosecution's responsive brief due February 15, 2023 (rather than February 10)

Defendant's reply brief due February 27, 2023 (rather than February 22)

This brief adjournment will likely also warrant adjusting the oral argument date, which is scheduled for March 1 at 2 p.m. We stand ready to appear for argument at the Court's convenience.

The reason for this request is that it is not possible for defense counsel to meet in person with Mr. Greenwood to discuss the draft brief prior to Friday, January 20 (the current due date), and after consulting with the client, we would like some additional time to make changes based on that consultation. As noted above, the prosecution consents to this request.

Respectfully submitted,

Justin S. Weddle