UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

            - against -

KARL SEBASTIAN GREENWOOD,

                      Defendant.
-------------------------------------------------------x

**RESCHEDULING NOTICE**

17-cr-630-5 (ER)

Oral argument previously scheduled for April 4, 2023, is hereby **rescheduled for April 11, 2023, at 2:00 p.m.,** will be held at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, Courtroom 619.

Dated: New York, New York
         March 30, 2023

                                                           /s/Jazmin Rivera
                                                      Jazmin Rivera, Courtroom Deputy