

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 3, 2023

<u>**VIA ECF**</u>

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Karl Sebastian Greenwood,* **S5 17 Cr. 630 (ER)**

Dear Judge Ramos:

    The Government writes to request that the Court adjourn the sentencing currently scheduled for April 5, 2023, by approximately 60 days. The Court scheduled oral argument on a Guidelines issue for April 11, and the adjournment is necessary to allow the Court time to decide the issue and the parties time to write sentencing submissions that take the Court's ruling into effect.

    Several counts of the indictment also remain open, and, at the December 16, 2022 plea conference, the Court excluded time on those open counts through April 5, 2023. Tr. at 40-41. The Government asks that Speedy Trial time be excluded on those counts through the new sentencing date. The defendant consents to the adjournment and to the exclusion of time.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Christopher J. DiMase/ Nicholas Folly/
    Juliana N. Murray/ Kevin Mead
    Assistant United States Attorneys
    (212) 637-2433/1060/2314/2211

cc:    Justin S. Weddle and Howard R. Leader, counsel for Karl Sebastian Greenwood (by ECF)