UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>– against –<br><br>KARL SEBASTIAN GREENWOOD,<br><br>Defendant. | **ORDER**<br><br>17 Cr. 630 (ER) |

RAMOS, D.J.:

    Before the Court is the motion of Karl Sebastian Greenwood, filed on January 25, 2023, to exclude from the Sentencing Guidelines calculation the loss resulting from the conspiracy experienced outside of the United States.  Doc. 516.  For the reasons set forth on the record during the hearing held on April 12, 2023, the motion is denied.

    The Clerk of Court is respectfully directed to terminate the motion, Doc. 516.

It is SO ORDERED.

Dated:  April 12, 2023
          New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.