

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 2, 2023

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Karl Sebastian Greenwood*, S16 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter, on behalf of the parties (and with the consent of defense counsel), to request a brief adjournment of the parties' deadline to submit a joint status letter providing a proposed pre-sentencing schedule. (*See* Minute Entry for 4/11/2023 Proceedings.) The parties respectfully request that the Court adjourn the joint letter deadline from today (May 2, 2023) to Wednesday, May 10, 2023. The Government also requests the exclusion of time through the newly rescheduled status letter deadline, so that the parties can engage in discussions regarding a proposed sentencing schedule. Defense counsel consents to this request.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    s/_____
    Kevin Mead / Juliana Murray /
    Nicholas Folly
    Assistant United States Attorneys
    (212) 637-2211 / 2314 / 1060

cc:    Justin Weddle, Esq. (by ECF)
    Howard Leader, Esq. (by ECF)