

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

# MEMO ENDORSED

May 10, 2023

**By ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Sentencing scheduled for September 12, 2023 at 11 AM.
>
> Edgardo Ramos, U.S.D.J.
> Dated: May 15, 2023
> New York, New York

Re:   <u>United States v. Karl Sebastian Greenwood</u>, S5 17 Cr. 630 (ER)

Dear Judge Ramos:

The parties have conferred regarding the next steps in the Greenwood case. At this time, the parties agree that the Court should set a sentencing date, and we respectfully request that the sentencing be scheduled after Labor Day (an August date would conflict with various counsel's travel schedules). That schedule will allow time for Probation to complete the PSR process and the parties time thereafter to make written submissions. While preserving the arguments Mr. Greenwood has already made (which the Court has rejected), as well as his disagreement with the prosecution's Guidelines analysis based on global conduct, Mr. Greenwood does not at this time believe a *Fatico* hearing will be required.

In addition, the defense consents to the exclusion of time under the Speedy Trial Act between today and the sentencing date selected by the Court.

Respectfully submitted,

Justin S. Weddle