UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -against-

KARL SEBASTIAN GREENWOOD,

                    *Defendant.*
-------------------------------------------------------------------X

S16 17 CR. 630 (ER)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Muhammad U. Faridi of Patterson Belknap Webb & Tyler LLP hereby enters an appearance as counsel on behalf of **KARL SEBASTIAN GREENWOOD**.  I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
        August 28, 2023

By: /s/ Muhammad Faridi

Muhammad U. Faridi
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, New York 10036
Email: mfaridi@pbwt.com
Telephone: (212) 336-2000

*Attorneys for Defendant Karl Sebastian Greenwood*

14526695v.1