UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                            S16 17 CR. 630 (ER)

KARL SEBASTIAN GREENWOOD,                 **NOTICE OF APPEARANCE**

                                *Defendant.*
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Lauren Schorr Potter of Patterson Belknap Webb & Tyler LLP hereby enters an appearance as counsel on behalf of **KARL SEBASTIAN GREENWOOD**. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
          August 28, 2023

                                      By:    */s/ Lauren S. Potter*
                                                    Lauren Schorr Potter
                                                    Patterson Belknap Webb & Tyler LLP
                                                    1133 Avenue of the Americas
                                                    New York, New York 10036
                                                    Email: lspotter@pbwt.com
                                                    Telephone: (212) 336-2000

                                                    *Attorneys for Defendant Karl Sebastian Greenwood*

14526694v.1