# Exhibits 1-33

# TO BE FILED UNDER SEAL