# Exhibit 34



# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Karl Greenwood

*has successfully completed a mini-course:*
*Literature Humanities: Oedipus the King*
*offered by the Justice-in-Education Initiative and the Rethinking Justice Initiative*
*and in testimony thereof is awarded this*

## Certificate of Completion

*Conferred in the City of New York on this*
*Second day of August in the year Two Thousand Twenty-Three.*

*Christia Mercer*
*Instructor*