# Exhibit 35



# COLUMBIA UNIVERSITY
## IN THE CITY OF NEW YORK

*This Certifies That*

# Karl Greenwood

*has successfully completed a mini-course:*

*Literature Humanities: Antigone by Sophicles*

*offered by the Justice-in-Education Initiative and the Rethinking Justice Initiative*

*and in testimony thereof is awarded this*

## Certificate of Completion

*Conferred in the City of New York on this*

*Twenty-Eighth day of June in the year Two Thousand Twenty-Three.*

*Christia Mercer*
_____
*Instructor*