# Exhibit 36

# CERTIFICATE OF COMPLETION

*This certificate is awarded to*

## KARL GREENWOOD

for your completion of the Adult Continuing Education program:

## Developing Creativity

August 9th, 2019

_____
A. Delgado, Teacher
MCC New York Education Department