# Exhibit 37



# U.S. Department of Justice
## Federal Bureau of Prisons
# Certificate of Completion

This certificate is presented to

*Karl Greenwood*

## Foundations of Leadership
*Corporate Skills Training Program provided by the Education Department at MDC Brooklyn*

*A. Delgado*

A. Delgado - Education Specialist
**May 5, 2023**