# Exhibit 38



198 E 161st St, Bronx, NY 10451, leadbyexample12@gmail.com, {732} 430-9020

October 9, 2019

To Whom It May Concern,

My name is Antonio Hendrickson, Founder of Lead by Example & Reverse the Trend Inc., (LBE & RTT Inc.), Self Improvement Violence Prevention Mentoring Program. We are a Non for Profit CBO service provider for at risk youth, teens and young adults. LBE & RTT Inc., is a self improvement program in which our goal is to strategically address our community needs by implementing a direct hands on approach to a wide variety of communal concerns and issues. The program deals with the individual, morality, & values which helps attack the heart of problems.

I am writing this letter on behalf of Karl Greenwood who has completed an eight week course with LBE & RTT Inc., earning a certificate at the Metropolitan Correctional Center. We are willing to receive him into our organization as a credible messenger to help with the violence prevention and social emotional learning part of our program. Through redirection and empowerment, enhancing communication and social skills, our mentors/messengers help young people become positive, assertive adults who have a strong sense of self-awareness and their true potential. For more information please view our website @ http://wwwleadbyexamplereversethetrend.org/

LBE & RTT Inc., believes that Mr. Greenwood will be very instrumental with the progress of the program and willingly assist where he's needed. It will be an absolute pleasure to work with him as a volunteer with our team.

Please feel free to contact me @ {732} 430-9020 or leadbyexample12@gmail.com.

Respectfully,
*Antonio Hendrickson*
Antonio Hendrickson
LBE & RTT Inc.
Founder & CEO
leadbyexample12@gmail.com

# METROPOLITAN CORRECTIONAL CENTER
# NEW YORK

## CERTIFICATE OF COMPLETION

AWARDED TO

# GREENWOOD, KARL

For participation and completion of

### LEAD BY EXAMPLE

Awarded this 10th day of October 2019

*[signature]*

Antonio Hendrickson, Founder
Lead by Example & Reverse the Trend