# Exhibit 39

# CERTIFICATE OF COMPLETION

This certificate is awarded to

# KARL GREENWOOD

for your completion of the Re-entry Education program

## Leadership and Influence

August 20th, 2019

*A. Del[gado]*

A. Delgado, MCC New York Education Department