# Exhibit 41

# CERTIFICATE OF COMPLETION

This certificate is awarded to

# KARL GREENWOOD

for your completion of the Re-entry Education program

## Ten Soft Skills You Need

August 3rd, 2019

A. Delgado, Teacher
MCC New York Education Department