# Exhibit 43



# MDC Brooklyn Recreation Department

This is to Certify that

*Karl Greenwood*

Has Successfully Completed:

**CHESS-Sentry Course**

At MDC Brooklyn

This certificate is hereby issued this 8th day of November 2022

*D. Ranalli*

Recreation Specialist