# Exhibit 44



# European Business School London

## THE DIPLOMA

in

### International Business and Management Studies

is hereby awarded to

#### Sebastian Greenwood

with a _____2.2_____ classification

having successfully completed a course in London as approved by the School's Academic Board

*[signature]*

Academic Director
EBS London 17th November 2001