# Exhibit 45

```
     BROIR           *           INMATE EDUCATION DATA           *        08-08-2023
PAGE 001 OF 001 *                     TRANSCRIPT                 *         10:20:23

REGISTER NO: 76231-054      NAME..: GREENWOOD                   FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: BRO-BROOKLYN MDC

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
BRO  GED UNK    GED STATUS UNKNOWN          10-19-2018 2207 CURRENT

---------------------------- EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                    START DATE STOP DATE  EVNT AC LV  HRS
BRO  M    TUTOR TRAINING                 08-04-2023 08-04-2023  P   C  P    2
BRO  M    COLUMBIA UNIVERSITY OEDIPIS    07-05-2023 08-02-2023  P   C  P   12
BRO  M    COLUMBIA U-ADVANCED PHILOSOPHY 05-30-2023 06-28-2023  P   C  P   12
BRO  M    MONEY SMART OLDER ADULTS       05-01-2023 05-22-2023  P   C  P    8
BRO  M    7 HABITS LEADERSHIP CLASS      04-24-2023 05-05-2023  P   C  P   24
BRO  M    INTRODUCTION TO CHESS          11-07-2022 11-07-2022  P   C  P    2
NYM  M    BASIC BOOKKEEPING              06-05-2021 06-09-2021  P   C  P   12
NYM  M    BUDGET & FINANCE REP CORP TRAI 05-10-2021 05-11-2021  P   C  P   12
NYM  M    ENTREPRENEURSHIP               05-04-2021 05-07-2021  P   C  P   12
NYM  M    BUDGET & FINANCE REP CORP TRAI 04-30-2021 05-03-2021  P   C  P   12
NYM  M    BUSINESS ETHICS                04-26-2021 04-29-2021  P   C  P   12
NYM  M    QUARANTINE SMALL BUSINESS      04-06-2021 04-12-2021  P   C  P    3
NYM  M    BUSINESS ACUMEN CORP TRAINING  01-27-2020 02-19-2020  P   C  P   12
NYM  M    PERSONAL WELLNESS              12-03-2019 02-20-2020  P   C  P   15
NYM  M    CUSTOMER SERVICE (CORP TRAIN)  11-30-2019 12-27-2019  P   C  P   12
NYM  M    SALES FUNDAMENTALS CORP TRAIN  11-30-2019 12-27-2019  P   C  P   12
NYM  M    TIME MANAGEMENT CORP TRAIN     07-26-2019 08-29-2019  P   C  P   12
NYM  M    CONFLICT RESOLUTION CORP TRAIN 08-29-2019 09-23-2019  P   C  P   12
NYM  M    FOREIGN LANGUAGE SKILL SPANISH 07-26-2019 09-23-2019  P   C  P   12
NYM  M    LEAD BY EXAMPLE REVERSE THE TR 06-12-2019 09-25-2019  P   C  P   26
NYM  M    POETRY LEISURE TIME ACTIVITY   07-25-2019 08-27-2019  P   C  P    9
NYM  M    MARKETING BASICS CORP TRAIN    07-08-2019 08-12-2019  P   C  P   12
NYM  M    LEADERSHIP AND INFLUENCE       07-01-2019 07-20-2019  P   C  P   12
NYM  M    DEVELOPING CREATIVITY          07-01-2019 08-09-2019  P   C  P   12
NYM  M    10 SOFT SKILLS YOU NEED        06-25-2019 08-03-2019  P   C  P   12




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```