# Inner City Press

August 29, 2023

By E-mail to Chambers

Hon. Edgardo Ramos, United States District Judge
Southern District of New York, 40 Foley Square, New York, NY 10007

Re: Press application to be heard / to unseal sentencing memo and exhibits in US v. Karl Sebastian Greenwood, 17-cr-630-ER-5

Dear Judge Ramos:

  Inner City Press has been covering the above captioned criminal case and has seen the defendant's heavily redacted sentencing submission, with 33 exhibits withheld in their entirety, due and filed on August 29, 2023. The redactions go far beyond what case law supports; the withholding of entire affidavits or letters (and not just addresses and personal medical information in them) is outrageous. Absurdly, even the name of a case relied on is redacted in the Table of Authorities.

  Inner City Press hereby opposes the redactions and withholdings (the "Sealings") and asks that they be denied, and/or that it have an opportunity to be heard on the scope of redactions and secrecy.

"Representatives of the press must be given an opportunity to be heard on the question of their exclusion from a court proceeding, and we have recognized a similar right of news media to intervene in this Court to seek unsealing of documents filed in a court proceeding." Trump v. Deutsche Bank AG, 940 F.2d 146, 150 (2d Cir. 2019). This Court has previously granted an e-mailed Inner City Press request to unseal, in *US v. Weigand*, 20-cr-188 (JSR), see Dkt. No. 250.

  Defense counsel have redacted block quotes of letters or affidavits on which it asks the Court to rely (for example, Greenwood's "personal driver in Thailand," pg 6 and pg 21); Exhibits 2-33 have been withheld in their entirety. Most of page 15 is redacted; nearly all of pages 12 and 33 and 37, arguing for time served.

   "The common law right of public access to judicial documents is firmly rooted in our nation's history." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119 (2d Cir. 2006).

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017

   Please docket this challenge to the over-redaction of this sentencing memorandum, as SDNY Judges Stein, Hellerstein, Castel, Furman, Kaplan and others have done. See, e.g., https://storage.courtlistener.com/recap/gov.uscourts.nysd.516151/gov.uscourts.nysd.516151.85.0.pdf, Judge Stein's recent on the record decision to grant Inner City Press' motion to unredact from the sentencing submission in US v. Jen Shah, and Judge Kaplan's Jan 30, 2023 decision to unseal the bond co-signers of Sam Bankman-Fried, which Inner City Press moved for in January 2023.

 If appropriate, PLEASE TAKE NOTICE that Inner City Press and its undersigned reporter, in personal capacity, will move this Court before Honorable Edgardo Ramos, U.S. District Judge for the Southern District of New York, at a date and time directed by the Court, for entry of an order granting permission to be heard on sealing or unsealing of the sentencing submission in US v. Karl Sebastian Greenwood, 17-cr-630-ER-5.

   Please act on, and docket, this request, as soon as possible before the sentencing.

Thank you.

Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

cc:  howard.leader@gmail.com, jweddle@weddlelaw.com, mfaridi@pbwt.com, lspotter@pbwt.com, juliana.murray@usdoj.gov, kevin.mead@usdoj.gov, nicholas.folly@usdoj.gov