

August 31, 2023

Lauren Potter
Partner
(212) 336-2117
lspotter@pbwt.com

www.pbwt.com

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>United States v. Greenwood</u>, S16 17 Cr. 630 (ER)

Dear Judge Ramos,

      We respectfully write in the above-captioned matter in advance of the sentencing scheduled for September 12, 2023. In connection with Mr. Greenwood's sentencing submission, we are providing the Court with a video of statements from Mr. Greenwood's parents and uncle. We respectfully request that this video remain under seal so as to not reveal the identity and physical appearance of Mr. Greenwood's family or the contents contained therein, which includes discussion of Mr. Greenwood's minor children and the health of his parents and uncle.

Respectfully Submitted,

Lauren Schorr Potter

Cc: AUSA Nicholas Folly
    AUSA Juliana Murray
    AUSA Kevin Mead