**From**: Sebastian Greenwood [sebgreenwood@gmail.com]
**Sent**: 7/13/2016 8:03:12 AM
**To**: [REDACTED]
**Subject**: Re: More Information Of Life Insurance

Dear [REDACTED] [REDACTED],

1. Source of funds come from my private account. Funds are accumulated via work related activities as the Global Master Distributor of a sales network with more then 2.2 million sales agents globally. I earn 5% of global monthly gross sales.

2. Private Equity real estate.

3. Real estate business.

4. I have no other bank relations with Thailand banks. I want to work only with Bangkok Bank.

Thank you,

Mr.Greenwood

On Wednesday, 13 July 2016, [REDACTED] <[REDACTED]> wrote:

Dear: Mr.Karl Sebastian Greenwood

From : [REDACTED] -Branch Manager Of Ratchada-Huaikwang 055

Bangkok Life Assurance Please ask the more.

1.The source of funds avalable in the account where it came from

2.What career prospects

3.Identify the type of business to open in Thailand

4.The transactions with other banks or if there is an attachment with it

Kindly please provide the information requested

yours truly

[REDACTED]

---------------------------------

Confidentiality and Disclaimer

This e-mail and any attachments hereto (the E-mail) may contain information which is confidential and/or proprietary and transmitted for the sole use of the recipient(s) named above and for the intended purpose only. If you are not the intended recipient of the E-mail, you are hereby notified that any review, copy, retransmission, distribution, or use of the E-mail in any manner for any purpose is strictly prohibited and please notify the sender, delete the original of the E-mail and destroy all copies immediately. Bangkok Bank accepts no responsibility for any mis-transmission or virus contamination of, or interference with, the E-mail, or for any loss or damage that may be incurred as a result of the use of any information contained in the E-mail.

--
Best regards,

Sebastian Greenwood

KG_USAO_00026072