

KG_USAO_00052786



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400  10%990010%10%25250010%10% 8800  20%272700  20%1251250020%20%161600  25%818100  25%62562500  25%network bonus 3000   12000   78000        Matching Bonus earned this week  20620   1202685   280020300

## WHO WE ARE



### Dr. Ruja Ignatova

Ruja Ignatova is the Founder, Owner and Executive Director of OneCoin Ltd.

### Dr. Ignatova's Biography

- Born in **Sofia, Bulgaria;**
- **Degree in Law (M.Jur) from  the University of Oxford;**
- **Masters Degree in Economics from the Univeristy of Konstanz;**
- **Ph.D. in Law from the Universities of Oxford and Konstanz,** Thesis on Corporate Litigation within the European Union;
- **Former Associate Partner with McKinsey & Company,** where  projects in:
  - ✓ **Corporate Banking;**
  - ✓ **Private Equity** (KKR, TPG);
  - ✓ **Asset Management;**
  - ✓ **Risk Management;**
  - ✓ **Operating and Liquidity Risk.**
- **Former CEO and CFO of one of the biggest Asset Management Funds in Bulgaria – CSIF with 250 Mio Euro** assets under management;

Dr. Ruja Ignatova



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10%
8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000      Matching Bonus earned this week  20620  1202685  280020300

KG_USAO_00052788

## WHO WE ARE

- Several projects for **Texas Pacific Group (TPG), one of the biggest Private Equity Funds** in the world;

- While at McKinsey worked for **Sberbank, UniCredit, Allianz,** Raiffeisen and other financial institutions;

- In 2012 awarded **Business Woman of the Year in Bulgaria** (Category International Business);

- **Creation and Management Partner of Delta Capital** – a Private Equity Fund for Eastern Europe. **Capital of 150 Mio Euro, taken over later by VTB Capital,** Russia;

- **Projects with Deutsche Bank Frankfurt,** setting up Russian Investment Banking operations;

- **Structure and Set Up of a portfolio of 75 Mio Euro for Global Wealth Investment Funds** (privately owned BVI company);

- **Consulting work for several CryptoCurrency companies;**

- **Published two books on Finance and Law in German and Chinese.**



Dr. Ruja Ignatova



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000         Matching Bonus earned this week  20620  1202685  280020300

KG_USAO_00052789



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000      Matching Bonus earned this week  20620  1202685  280020300



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000   Matching Bonus earned this week  20620  1202685  280020300



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000        Matching Bonus earned this week  20620  1202685  280020300

## WHO WE ARE

**Nigel Allan**

Nigel Allan is the President of the OneCoin Network.

### Nigel Allan's Biography

- Nigel has extensive field experience in **network marketing**, having entered the industry in **1985** and **built worldwide organizations**, as well as **consulted and worked in top management** of several successful companies. A recognized expert in his field, he is often sought out by **MLM companies** to consult on **international expansion, product development, legal and compensation issues;**
- Like many career professionals in network marketing, Nigel has marketed a variety of products and services – from **nutritional supplements, cosmetics, jewellery,** to **telephony services** and now **cryptocurrency.** However, he considers his appointment as President of OneCoin the pinnacle of his career, calling it **'the perfect business';**



**Nigel Allan**



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10%
8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000
          Matching Bonus earned this week  20620   1202685   280020300

## WHO WE ARE

Some of Nigel's achievements include:

- 1985-91 – Successful distributor in network marketing;
- 1993 – Created the first ever skin treatment line for Enrich (now called Unicity) in Utah, USA and became VP Training and VP Aeon Collections;
- 1996 – Redesigned and relaunched the Elemis range of aromatherapy-based skin care;
- 1996 - Guest lecturer on international marketing to university undergraduates at the Vasterbottens University, Umea, Sweden;
- 1996 - Co-authored a paper with Dr. Elena Bocchietto entitled "The case for biotechnology in cosmetics", published in the leading global cosmetics industry journal;
- 1997 – Created the world's first ever skin treatment line based upon chirality and optical activity, coining the term "Chirally Correct Cosmetics";
- 1998 – Guest speaker at the symposium on the use of Biotechnology in Cosmetics at the "Fondazione per le Biotecnologie", Torino, Italy, whose President is Professor Lorenzo Silengo, also Director of the Molecular Biotechnology Centre of the University of Torino;



Nigel Allan



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000        Matching Bonus earned this week  20620  1202685  280020300

KG_USAO_00052794

## WHO WE ARE



- 2003 – **Former Harpers and Queen Health and Beauty editor and best-selling author of over 30 books on health and wellness, and originator of the Origins line for Estee Lauder;** Leslie Kenton said in her seminal book, SKIN REVOLUTION, **"When it comes to cosmetics, Nigel Allan knows more about chirality than anyone in the English-speaking world…"** ;
- 2008 – **Consulted with a major Hollywood A list star on the development of her own skin care line.**

There's little Nigel enjoys more than helping and inspiring others to raise their game and achieve their goals. When not working in his chosen field, Nigel can often be found in the gym or taking pictures.

**Nigel Allan**



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000    Matching Bonus earned this week  20620  1202685  280020300

## OUR TEAM

**MASTER DISTRIBUTOR**
**Sebastian Greenwood**

- ✓ **Age 38;**
- ✓ **Lives in Asia** and on airplanes;
- ✓ **Network marketing since 2003;**
- ✓ Worked both **corporate and distributor side;**
- ✓ Driven by **duplication.**

**Why the OneCoin opportunity?**

- ✓ **Real business, Real people;**
- ✓ One of the **most powerful opportunities** on the market;
- ✓ **Missed the Bitcoin opportunity** in 2010 ;
- ✓ To gain **substantial wealth;**
- ✓ Prove to myself that **I can do it.**

I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000 Matching Bonus earned this week  20620  1202685  280020300

KG_USAO_00052796

## OUR TEAM



KG_USAO_00052797



KG_USAO_00052798

## WHAT IS ONE?

OneCoin provides **a once in a lifetime opportunity**, revolutionizing the business world of financial products and the internet. The OneCoin concept is a unique and innovative cryptocurrency, that is born on the success of the pioneering and famous cryptocoin, Bitcoin.



It all started back in 2009 when a new digital currency was introduced to the internet world. Since then this currency has seen a **75 times increase in its starting price.** It started at only 0.10 USD per coin and has been traded for over 1.000 USD per coin.

OneCoin however is much more – it is a life style concept offering **unique opportunities for growth and profitability** to its members.

Now it's time to let you - as a potential member, take part in launching a new currency, the OneCoin. This opportunity is only available through a strictly by invitation basis, providing a business platform that introduces you to extremely attractive profit opportunities and financial education.

KG_USAO_00052799



As the Guardian Newspaper noted, a man that bought $27 of Bitcoin and forgot he owned them can now buy a luxurious apartment in the center of Dubai with the same Bitcoins

KG_USAO_00052800

**2010 A MAN BUYS A PIZZA FOR 10.000 BITCOINS. TODAY THIS IS OVER 7 MIO USD. THIS IS THE MOST EXPENSIVE PIZZA IN THE WORLD!!!**

**The 7 Million USD Pizza!**



# CRYPTOCURRENCY – A HOT TOPIC ALL OVER THE WORLD AND THE NEXT BIG THING



Bitcoin Cash Mashine



Wall Street investing in Cryptocurrency!

As filed with the Securities and Exchange Commission on July 1, 2013

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

**Form S-1**
**REGISTRATION STATEMENT**
*UNDER*
*THE SECURITIES ACT OF 1933*

**WINKLEVOSS BITCOIN TRUST**
Sponsored by Math-Based Asset Services LLC
(Exact name of Registrant as specified in its charter)

6221
(Primary Standard Industrial Classification Code Number)

30 West 24th Street, 4th Floor
New York, NY 10010
(646) 751-4444
(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

The Corporation Trust Company
1209 Orange Street
Wilmington (New Castle County),
DE 19801 (302) 658-7581
(Name, address, including zip code, and telephone number, including area code, of agent for service)



## GOVERNMENTS AND AUTHORITIES ACCEPT CRYPTOCURRENCY AND SEE IT AS THE FUTURE OF MONEY AND LEGITIMATE

### THE WALL STREET JOURNAL.

MARKETS

## Authorities See Worth of Bitcoin

By RYAN TRACY

Updated Nov. 18, 2013 11:55 p.m. ET

WASHINGTON—Senior U.S. law-enforcement and regulatory officials said they see benefits in digital forms of money and more their interest in tackling its risks. The price of bitcoin, the most common virtual currency, soared to a record following the comments.

U.S. authorities, appearing Monday at the first-ever congressional hearing on virtual currencies, outlined the pitfalls and promises of bitcoin amid concern the anonymity and decentralized nature of some virtual currencies can help facilitate crimes. The hearing provided a financial lift to bitcoin as U.S. officials, who have previously highlighted the currency's role in money laundering and other illicit activities, called it a "legitimate" financial service.



"The Department of Justice recognizes that many virtual currency systems offer legitimate financial services and have the potential to promote more efficient global commerce," Mythili Raman, acting assistant attorney general for the department's criminal division, said in testimony before the Senate Homeland Security and Government Affairs Committee.

Federal Reserve Chairman Ben Bernanke, who didn't attend the hearing, said in a letter to senators that virtual currencies "may hold long-term promise, particularly if the innovations promote a faster, more secure, and more efficient payment system."





KG_USAO_00052804

# WHAT IS CRYPTOCURRENCY?



**Cryptocurrency** is a digital currency that uses cryptography for security and anti-counterfeiting measures. The first cryptocurrency to be created was Bitcoin in 2009. The value of cryptocurrency is not tied to any country or central bank. The value is driven only by supply and demand.



### Value of 1 x Bitcoin

**2009 :  1 x Bitcoin: USD 0.10**

**2014 :  1 x Bitcoin: USD 1100**



### Cryptocurrency

**The value of this currency is dependent on supply and demand. Cryptocurrency behaves like Gold and Silver.**



### New Currencies

**Bitcoin paved the way for new currencies to enter the market. OneCoin is superior to competitors due to its technological concept and marketing strategy.**



KG_USAO_00052805

# SUCCESS OF BITCOIN



### The first ever cryptocurrency Bitcoin, launched in 2009 by Satoshi Nakamato



## Technical Innovation

Bitcoin was the first digital currency. It used a unique cryptography software and was a pioneer in the industry.

Most users are knowledgeable IT people. To be able to **profit from Bitcoin you would need to become a miner of the coin**. This implies large investments in servers that run the Bitcoin software. This is one of the reasons why Bitcoin remained a niche currency.

## Reasons for Succes

Being the first cryptocoin and a pioneer in innovation, Bitcoin quickly got attraction and is today still the most used cryptocoin on the internet.

Bitcoin made internet transactions fast and easy and gave users new opportunities by revolutionizing the payment world.



KG_USAO_00052806



KG_USAO_00052807

## WHAT IS MINING?

Cryptocurrency is based on **cryptography and complex mathematical algorithms.** The solution of the algorithm/puzzle is a long string of numbers and letters – and **if a right combination of letters and numbers is found according to the algorithm - new coins are created** and awarded to the person who found the solution. That process is called mining.

To find the solution **powerful computers** are used. Often users join sources to have more power and to solve the puzzle faster.

In the beginning there is the **Genesis block**. The first coins are created. Afterwards the user starts **"mining" and solving the algorithm** – until they find all possible combinations for the right solution – and all OneCoins are found.

In the **beginning mining is easy** – as there are many solutions. But the more coins are found, the more difficult the search for new coins becomes.

**Bitcoin mining difficulty grows with time!
In the beginning with low resources many coins are found!
The earlier you join the more profit you make!**

**The early days of a cryptocurrency are good for miners!
2010 a user finds 1 Bitcoin per hour in average.
2014 it takes 25 DAYS to find one Bitcoin!!!**

KG_USAO_00052808



## BUILDING MINING POOLS TO JOIN RESOURCES – MINING NOW IS ONLY FOR PROFESSIONALS

FROM

TO

Bitcoin Mining 2009

Bitcoin Mining 2014

- Technology now is so advanced and expensive – if a user does not join a Pool but mines on his own, he needs high investments and over 450 days to become profitable!
- OneCoin users build pools and mine the coins together, sharing resources and rewards!

KG_USAO_00052809





KG_USAO_00052811

## WHAT IS ONECOIN?



OneCoin is a new type of cryptocurrency. This currency is born out of the success of its peers, Bitcoin and Litecoin. Due to **superior technology, innovative approach and usability,** OneCoin has the ability to become the next successful cryptocurrency on the market.

Like all **cryptocurrencies, to come into existence OneCoin has to be MINED.** Mining means the creation of new coins by the users. There are only 2.1 bn OneCoins that can be found. **Once all of them are found, no new coins can be created.** ALL OneCoins will be mined by its users – OneCoin is not a premined currency!

Coins are mined, by users **joining a mining pool,** where with joint resources a complex algorithm/puzzle is being solved. Once a solution is found, the mining pool is awarded a reward – in OneCoins. The more OneCoins are mined and the more users join the mining, the more difficult, time and resource consuming mining becomes.

OneCoin uses a **block chain model to verify the amount of coins** that have been mined and issued into the market space. A block is a sophisticated algorithm of hashed numberes that represent each mined coin.

KG_USAO_00052812

# ONECOIN – A NEW CURRENCY FOR ONE WORLD



**Since the incredible success of Bitcoin many new currencies followed – so why is OneCoin so successful and THE next big thing?**

- ✓ OneCoin uses the newest, most secure and innovative technology;

- ✓ OneCoin is a currency for „you and me" – we educate our members – you don't need to be a Wall Street financial expert to use it and to make money;

- ✓ OneCoin is not only a cryptocurrency but a whole concept – with the OneNetwork, the OneExchange and the OneAcademy;

- ✓ We are exclusive – our members join by invitation only, and we do not do the anonymous and intransparent transactions other cryptocurrencies try;

- ✓ Due to our partner Aurum Gold Coin we are able to offer our members the first HYBRID currency, that made gold liquid and accessible to the normal people!



KG_USAO_00052813

# ONECOIN IS THE FUTURE!



- Innovative, secure and REAL cryptocurrency;
- Will be 100% mined by members – profit will stay with members;
- Pool of miners – user can start mining without huge hardware investment;
- REALTIME mining that can be watched by all members;
- Early joiners profit from low mining price/difficulty – price will increase over time. Bitcoin price increased from 0.10 USD to over 1.000 USD per coin!
- Will be traded on a public exchange, like Bitcoin and Litecoin.



KG_USAO_00052814



## A SUCCESS STORY TO BE CONTINUED…

- ✓ The company has already **achieved over 1,200 sales in less than 6 weeks** since its launch;

- ✓ Duplication effect;

- ✓ Language Adaptation;

- ✓ Upgrades starting.

KG_USAO_00052815



## ONECOIN MEMBERS

**Number of users per country**

- ✓ Users from more than **50 countries have already joined the OneCoin** Network;

- ✓ Most members from **Finland, China and Malaysia;**

- ✓ Further expansion **in Europe, Africa and Russia;**

- ✓ **US coming next.**

Legend:
- Finland
- China
- Malaysia
- Thailand
- Sweden

Values: 189, 172, 118, 66, 35

KG_USAO_00052816