# ONECOIN ACTIVE USERS

- ✓ So far, as much as **an impressive 46%** of our active members have already **qualified for bonus payouts;**

- ✓ This is evidence for the **commitment and enthusiasm of our members** around the world;

- ✓ **The 46% is expected to reach more than 70% in just a few months.**

**46%**

■ % of active users already qualified for bonus

KG_USAO_00052817



KG_USAO_00052818

# THE TIME IS NOW



### 1  Get in Early

Make sure you are one of the first movers! In the beginning the **prices are low** – like Bitcoin, we will start at 0.10 EUR. Who knows what the future will bring, better to buy now, than later!

### 2  Split

Your OneTokens will split up 2 times - giving you more tokens to sell!

### 3  Get Rewarded

Remember, **you get points for all the people who join after your join date**. The earlier you join, the more points you get!

KG_USAO_00052819

# THE ONEACADEMY



Our educational OneAcademy packages will give you all the **trading skills that you need**, through interactive materials like videos, presentations and online quizzes, all designed to make you profit from owning cryptocurrency. We give you the opportunity to become the next cryptocurrency millionaire.

Even **if you have no prior skills about trading** and no prior knowhow of trading with cryptocurrency, you will be guided through our **5 level** step by step plan to success. Our educational packages provide not only knowledge but also a way to put your new skills to the test, in our very own exchange, the **OneExchange**. Trade our OneTokens with other members, make real money and experience the excitement of success.

All educational packages contain FREE OneTokens. The tokens can be traded on the OneExchange, where tens of thousands of other members profit from buying and selling tokens, just like most of the exchanges trading other cryptocurrency.

KG_USAO_00052820



## WHAT DO I LEARN AT THE ONEACADEMY

ALL EDUCATIONAL PACKAGES PROVIDE TRAIDING SKILLS IN THE FORM OF INTERACTIVE VIDEOS, MANUALS, QUIZZES AND LOTS MORE...

**LEARNING FOR PROFIT**

**1** What is Cryptocurrency?

**2** How you can profit from trading cryptocurrency and tokens

**3** Predict the price of the coin. Buy low and sell high

**4** Learn everything about investing in Gold

*"Man buys $27 of bitcoin, forgets that he had bought and finds that they're now worth $886.000"*

**Source: The Guardian 2013**

KG_USAO_00052821

# PRODUCT PACKAGES

ALL PRODUCT PACKAGES RELATE TO ONEACADEMY ONLINE EDUCATION

| PACKAGE* | CONTENT | PRICE | BV | #ONETOKEN | #AGC-COINS | ONECARD |
|---|---|---|---|---|---|---|
| Starter | OneAcademy Level 1 | EUR 100 | 100 | 1.000 | 50 | ✔ |
| Trader | OneAcademy Level 2 | EUR 500 | 500 | 5.000 | 250 | ✔ |
| Pro Trader | OneAcademy Level 3 | EUR 1.000 | 1.000 | 10.000 | 500 | ✔ |
| Executive Trader | OneAcademy Level 4 | EUR 3.000 | 3.000 | 30.000 | 1500 | ✔ |
| Tycoon Trader | OneAcademy Level 5 | EUR 5.000 | 5.000 | 60.000 | 2500 | ✔ |
| Rookie | Ebook | FREE | 0 | 0 | 0 | X |

* In addition to the product packages a one-off registration fee of 30 EUR is charged

KG_USAO_00052822



KG_USAO_00052823

## AND LET THE TRAINING BEGIN...

With your product package you purchase a training course from the **OneAcademy.**

To give you a chance to **get to know the market and to profit, we created the OneTokens and the OneExchange. You can trade the tokens for profit, buy and sell and prepare for the launch of OneCoin.**

To make the process **more profitable for you, we introduced the splits! When the price of OneTokens rises, we do SPLITS** – and double the amount of your tokens in your portfolio – to avoid a too early price explosion for our Tokens and Coins.

After you got some training with the OneTokens, we will launch the OneCoin. In a WebEvent, where all our members can participate – **we will jointly mine the first OneCoins – the so called Genesis Block.** Everybody can watch how the Blockchain starts and coins are created.

And after that – everybody can join the mining and create his own coins and profit from the value increase.



KG_USAO_00052824

## JOINING THE MINER

Every member can join the miner! Depending on the number of coins mined and difficulty, the costs of mining differ.

**In the beginning the costs to find OneCoins will be very low, but will grow as more and more members join and more coins are found.**

Your OneTokens secure for you a place in the mining pools. **The company ensures the mining resources – and all members who wish can participate in one of the mining pools.**

Depending on your package, how many slots you would like to secure for yourself – and on the difficulty of mining, you can join anytime our Mining Engine – and watch in realtime how your coins will be mined.



OneTokens          Mining Pools          OneCoins

KG_USAO_00052825

## THE ONEEXCHANGE

The Place where all the action happens. You can buy and sell tokens, or just observe what others are doing...

✓ **Track the price of the tokens – who is selling, who is buying?**

✓ **What about the Aurum Gold Coins?**

✓ **When will the next split come?**



KG_USAO_00052826

# SPLITS



As more and more members join, and the demand for tokens gets higher and higher it is only natural that the price of the tokens increases. With every new member joining ONE, the demand grows and the **price of our OneTokens on the exchange grows.**

Of course we want OneCoin to be successful – but a price explosion too early is not always good. **This is why we created the opportunity for you to split and double your money!** New members can join at attractive low prices – but we do not want you to have a disadvantage. This is why once a number of new members is reached – we SPLIT your tokens. This means we double the amount on your account!

And as more and more new members join – the price again rises – again a split happens. Congratulations, you AGAIN doubled your money. Depending on the package you have you split up to 2 times – you can do 2 split and achieve the **value of your product package!!! So accumulate and save these tokens... or buy more.**

| Package | Number of splits per account |
|---|---|
| Starter, Trader | 1 |
| Pro and Executive Trader | 1 |
| Tycoon | 2 |



KG_USAO_00052827

## HOW DO I KNOW ONECOIN IS REAL? THERE ARE OTHER COINS ON THE MARKET...



OneCoin is based on a solid and innovative **cryptographic** concept. **Like the successful and big currencies, OneCoin is mined by its users.** Many other coins are premined – and the owners take the profit. At ONE the users jointly create the coins, by building **mining pools**, joining resources and making OneCoin grow.

OneCoin integrated all success factors of the big successful currencies – but also introduces innovations – using new standards of security.

Every user gets an **E-Wallet, with an own unique address, which is encrypted** – and where his coins are stored. Every user will receive his cryptocoins in this wallet.

We will **publish the blockchains** on our mining website - the OneCoin website. Every user can see in realtime how the coins are mined – and all transactions verified. No transaction, no coin can be mined outside the blockchain. And all members will be able to see and participate.

OneCoin will be traded on its **own exchange**, for OneTokens, and later for other currencies like EURO and USD.



## EXAMPLE OF BLOCKCHAIN – WHICH WILL BE STREAMED LIVE ON OUR WEBSITE

```
bit

cgminer version 3.1.0 - Started: [2013-08-09 20:55:59]

(5s):865.7M (avg):668.3Mh/s | A:778  R:0  HW:128  U:0.6/m  WU:9.4/m
ST: 2  SS: 0  NB: 196  LW: 29218  GF: 0  RF: 0
Connected to ████████████████████ diff 16 with stratum as user ██████████
Block: 0056b46eedff7?ba...  Diff:37.4M  Started: [19:13:28]  Best share: 15.2K

[P]ool management [S]ettings [D]isplay options [Q]uit
ICA 0:            | 333.4M/334.1Mh/s | A:391 R:0 HW:75 U:0.29/m
ICA 1:            | 332.7M/334.2Mh/s | A:387 R:0 HW:53 U:0.29/m


[2013-08-10 19:02:47] Accepted 03620e91 Diff 75/16 ICA 1
[2013-08-10 19:03:12] Accepted 025fc6c2 Diff 107/16 ICA 0
[2013-08-10 19:06:25] Accepted 0c43bcfe Diff 20/16 ICA 1
[2013-08-10 19:06:39] Accepted 04785cd3 Diff 57/16 ICA 0
[2013-08-10 19:10:09] Accepted 0cd17c86 Diff 19/16 ICA 1
[2013-08-10 19:10:31] Stratum from pool 0 detected new block
[2013-08-10 19:11:27] Stratum from pool 0 detected new block
[2013-08-10 19:11:42] Accepted 004e41c2 Diff 837/16 ICA 1
[2013-08-10 19:12:43] Stratum from pool 0 detected new block
[2013-08-10 19:13:14] Accepted 04e4828f Diff 52/16 ICA 0
[2013-08-10 19:13:28] Stratum from pool 0 detected new block
[2013-08-10 19:14:05] Accepted 0b73fc5a Diff 22/16 ICA 0
```

KG_USAO_00052829

# OUR VISION



**1** Learn, play and **profit with OneTokens. You will double your Tokens with the SPLITS.** After every split, the amount of your tokens doubles. Buy and sell tokens for profit at the OneExchange. But make sure you have as many Tokens as possible for mining OneCoins. The more YOU have the more YOU PROFIT.

**2** Secure yourself some **MINING slots** – and join the minors. Create your own **OneCoins and watch their value grow.** Remember, Bitcoin started trading at 0.10 USD – and now the sky is the limit.

**3** A transparent and generous bonus plan – awarding you for popularizing OneCoin and exciting other people for the concept.

KG_USAO_00052830



KG_USAO_00052831

# ACTIVATION KIT - REGISTRATION



Our **activation kit** secures your position in the company and gives you the right information to get started with OneCoin.

The start-up kit includes information on OneCoin, the concept, full access to the back office and the opportunity, it also includes the e-book: The Richest Man in Babylon.

If you choose to upgrade within the first 30 days and also do one personal sale during this period, you qualify for a start-up bonus.

By registering, your account will be active for 6 months. Even during this time you can start building your team. And you will be **collecting Network Bonus and OneLife Points.** To qualify however for bonus payout, you need to purchase one of our product packages.

If you choose to upgrade directly with your registration, you qualify for a **higher network bonus.**



KG_USAO_00052832



* In addition to the product packages a one-off registration fee of 30 EUR is charged.

KG_USAO_00052833



* In addition to the product packages a one-off registration fee of 30 EUR is charged.

KG_USAO_00052834



KG_USAO_00052835

# DIRECT SALES AND NETWORK BONUS



At ONE we see ourselves as team players and do our best to incentivize you to build your business and your team. The more people join the OneCoin concept, the higher the popularity and the value of our currency.

On all personally generated sales you will receive a **10%** bonus based on the Business Volume (BV) associated to the various packages.

The members that join ONE with you as a sponsor will be placed on your Right or Left side. We let you decide, if you would like to place them alternatively or at a preferred side.

You get paid **10%** of the Business Volume that you accumulate on your **weaker side**.

The **10%** of the direct sales bonus is based on the value of what **package status** you hold, the difference in BV will be paid to your mandatory account.



60% of these payments will go to your cash account, 40% will fund your mandatory account.

KG_USAO_00052836

# MATTCHING BONUS



The Matching Bonus is designed to help you grow your team and make you successful.

Depending on the package and status you have – you can earn matching bonus for up to **4 Generations and up to 25%!**

60% of these payments will go to your cash account, 40% will fund your mandatory account.

To qualify for matching bonus you need 2 x direct sale of minimum package status: Trader, 1 on your left and 1 on your right side.

| | 1 Generation | 2 Generations | 3 Generations | 4 Generations |
|---|---|---|---|---|
| Starter | ✖ | ✖ | ✖ | ✖ |
| Trader | 10% | ✖ | ✖ | ✖ |
| Pro Trader | 10% | 10% | ✖ | ✖ |
| Executive Trader | 10% | 10% | 20% | ✖ |
| Tycoon | 10% | 10% | 20% | 25% |

KG_USAO_00052837

## START-UP BONUS



The more popular OneCoin is – the higher the value of the cryptocurrency. To maintain the positive momentum and excitement of our members – during the **first 30 days** after you join us you will receive additional **10% of all direct sales** you generate during this period! So keep on sponsoring people, because the clock is ticking.



The only condition is, that you generate a BV that is higher than 5.500.

The bonus will be paid out to your mandatory account.

## ONELIFE POINT BONUS

**ONE** stands for innovation, profitability and success of our members!

Every member automatically becomes part of the **OneLife Club** – and from the day of joining ONE starts collecting Bonus Points.

**What do you need to do to collect points? Basically – nothing.** Being a member already grants you a daily points reward. The bigger the organization becomes – the more points you will get. This is our way to show appreciation to our senior members. But of course if you sponsor directly people and depending on the package you have – you can accumulate **65x more points!**



So what you do when you have collected Bonus Points? You can **exchange your points for attractive items – as unique holidays, luxury watches and other amazing and exclusive rewards.**

You can see your OneLife Points in the back office anytime and watch them grow daily.



KG_USAO_00052839

## ONELIFE POINTS BONUS PER DAY

| | Members of ONE | Directly Sponsored | Starter | Trader | Pro Trader | Executive Trader | Tycoon |
|---|---|---|---|---|---|---|---|
| Step 1 | 500 | 0 | 10 | 50 | 75 | 100 | 125 |
| Step 2 | 1,000 | 1 | 15 | 75 | 100 | 150 | 250 |
| Step 3 | 2,500 | 2 | 25 | 100 | 150 | 200 | 350 |
| Step 4 | 5,000 | 2 | 25 | 200 | 200 | 300 | 500 |
| Step 5 | 10,000 | 4 | 50 | 250 | 300 | 500 | 750 |
| Step 6 | 15,000 | 6 | 50 | 300 | 500 | 750 | 1,000 |
| Step 7 | 25,000 | 9 | 75 | 500 | 1,000 | 1,200 | 2,500 |
| Step 8 | 50,000 | 12 | 100 | 650 | 1,100 | 1,500 | 3,000 |
| Step 9 | 75,000 | 12 | 100 | 750 | 1,250 | 2,500 | 3,500 |
| Step 10 | 100,000 | 18 | 100 | 750 | 1,500 | 3,000 | 4,000 |
| Step 11 | 150,000 | 20 | 100 | 750 | 1,500 | 4,500 | 5,000 |
| Step 12 | 250,000 | 24 | 100 | 750 | 1,500 | 4,500 | 6,500 |

KG_USAO_00052840

## RECOGNITION REWARDS ONECOIN



Working with OneCoin is very exiting, fun and rewarding. The company rewards its members for all hard work in sales and has designed a **Recognitions Rewards Program.** Members who achieve monthly business volume starting from the **1 November 2014** can each month qualify for achieving a certain **Pin Status** within the company. The **first Pin level** is the **Saphire position** and it is the stating point of building a career with OneCoin. The **top position** being the **Crown Diamond position** is the highest status within the company and is reflected by the special reward this status pays out.

Please see he Recognition Reward Table on Next Page for qualification and terms.

# RECOGNITION REWARDS TABLE

| RANK | Reward | Weaker Leg Volume | Qualifying Total Volume | Personally Sponsored | QTY | Leg Count |
|------|--------|-------------------|-------------------------|----------------------|-----|-----------|
| Sapphire | Sapphire Pin | | 7 000 | Matching Bonus | 1 | 2 |
| Ruby | Ruby Pin iPhone 6 | 10 000 | 40 000 | Sapphire | 2 | 2 |
| Emerald | Emerald Pin MacBook Air | 40 000 | 80 000 | Ruby | 2 | 2 |
| Diamond | Diamond Pin Diamond Trip | 80 000 | 200 000 | Emerald | 3 | 3 |
| Blue Diamond | Diamond Pin Rolex | 200 000 | 500 000 | Diamond | 3 | 3 |
| Black Diamond | Black Diamond Pin Gold Rolex | 500 000 | 1 500 000 | Blue Diamond | 3 | 3 |
| Crown Diamond | Crown Diamond Ring 500k EUR in AGC Coins | 1 500 000 | 8 000 000 | Black Diamond | 3 | 3 |

KG_USAO_00052842

# GOLD BONUS – AURUM GOLD COINS



ONE has secured a unique opportunity – and partnered with a new cryptocurrency - Aurum Gold Coin.

Aurum Gold Coin is a **hybrid currency,** based in Dubai and a pioneer in the world of virtual currency.



Every **Aurum Coin is backed up with 1 mg solid gold.** This gold is physically stored in the gold vault in Dubai. All our members receive – depending on the packages they buy – FREE gold coins.

You can check every day how much the coins are worth – you can buy and sell them on our exchange, and just by becoming a member – you are now an owner of real gold!

Log in to the Aurum website – and check even the number of the gold bar allocated to your coins!



KG_USAO_00052843

## GOLD BONUS

| Package | Number of Aurum Coins | Mg Gold |
|---|---|---|
| Rookie | 5 | 5 |
| Starter | 50 | 50 |
| Trader | 250 | 250 |
| Pro Trader | 500 | 500 |
| Executive Trader | 1500 | 1500 |
| Tycoon | 2500 | 2500 |

KG_USAO_00052844



KG_USAO_00052845

## ONECARD

All members receive a FREE e-wallet in the OnePayments system.

And all members with a Trader package or higher receive a FREE MasterCard.

### YOU CAN:

- ✓ Get all your bonus and commission payments paid out in your e-wallet;
- ✓ Use every ATM for payout that accepts MasterCard;
- ✓ International and instant money transfers;
- ✓ Online and SMS management of personal funds.





## PAYOUT CONDITIONS

When you receive a bonus payment, **60% of that payment go to your Cash Account.** From that account you can buy tokens, gift codes for packages, Aurum coins or just transfer funds to your OneWallet.

The **other 40% go to your Mandatory account,** except for the Start up bonus. Here 100% of the bonus go to your mandatory account. These funds are used to buy OneTokens. When you have bought OneTokens from your Mandatory account these tokens are escrowed for 30 days.

On a daily basis you can sell up to 1.5% of your available tokens on the exchange.

OneTokens from your package are escrowed for 60 days – to make sure the company grows at a healthy rate and members can cool off, understand the system and do not make sales that they might regret. Do not forget the splits! The longer you hold your tokens, the better! 50% of the tokens coming out of the splits we will store and reserve Cryptocurrency for you!

All active members qualify for bonus payments – to be active you have to purchase OneTokens for 10 EUR per week (PV 10) and have one personal sale every 4 weeks.

We accumulate all your network bonus points, but not the matching points if you do not qualify for bonus.

We pay out bonuses on a weekly basis, except for the OneLife points that are paid out daily. The daily max out for the bonus equals the BV value of your package.



KG_USAO_00052847



KG_USAO_00052848

# STARTING YOUR BUSINESS

On the following pages we provide you with a start-up plan. Follow the steps. Be patient and do not give up. Only hard work brings reward.

**1  DEVELOP A STRATEGY**

There is a clearly defined concept at the core of every business. Develop a plan for your business before you start – make sure you consider all details in advance.

**2  PREPARE IN ADVANCE**

Preparation is crucial for success. Make a list of names with your contacts that you wish to invite to this investment opportunity. Think about how to approach each of them and let them know about the different ways they can benefit from this opportunity.

**3  NEGOTIATE A PARTNERSHIP**

Negotiation is half-science and half-art. Be sure to double-check all information materials and present them to your future partners in a composed, structured and convincing manner.
For further useful tips, you can check the cheat sheet and the "highlights of the opportunity" on the next slide.

# YOUR GUIDE TO THE ONE OPPORTUNITY

**YOU CAN USE THE CONTENT BELOW TO ATTRACT THE ATTENTION OF PARTNERS YOU TALK TO ABOUT ONECOIN**

**1  The Next Big Thing**

Cryptocurrency ,or digital currency, is a booming market with **huge potential for the future.**

**2  A New Currency**

A new currency is created – and you have **the chance to be one of the first to hold coins.** Bitcoin started at 0.10 USD – the time is now.

**3  Fast means Profitable**

The faster you seize the opportunity, the more rewards you get. **The earlier you join, the more bonuses you collect.**

**4  Attractive Bonuses**

Working with this opportunity has several bonuses connected to it. You can earn up to €5 000 per day.

**5  BitCoin X 75**

One of the first cryptocurrencies – **BitCoin, increased in value by more than 75 times** in less than 5 years.

**6  Top Education**

You get **top education on trading and cryptocurrency** through the OneAcademy. All you need to know about financial markets!



KG_USAO_00052850

# YOUR GUIDE TO THE ONE OPPORTUNITY

**YOU CAN USE THE CONTENT BELOW TO ATTRACT THE ATTENTION OF PARTNERS YOU TALK TO ABOUT ONECOIN**

**7** **Educational Package**

Purchase online education with our **OneAcademy packages** and you will master the skills of trading.

**8** **Free OneTokens**

All OneAcademy educational packages include **free tokens that you can trade** on the exchange.

**9** **Successful Trading**

By following our educational packages, you increase your chances of **doubling your portfolio** in less than 10 weeks.

**10** **Backed by GOLD**

Along with the cryptotokens provided for free in your educational packages , you also get **Aurum Gold Coins** - digital coins backed up by solid gold.

**11** **Gold Bonus**

Each Aurum Gold Coin is equal to **1 mg of real Gold**. The Gold is stored in a secure Gold Vault and the Aurum Gold Coins can be traded on the exchange.

**12** **OneCoin Development**

In Phase II of the OneCoin development, you can exchange your OneToken for the **cryptocurrency OneCoin.**



KG_USAO_00052851

# THE TOOLS YOU NEED FOR SUCCESS



**1** **OneAcademy**

Our online trading academy gives you knowledge on how to profit from trading. Finalize a particular level and receive a **Certificate** for your achievement.

**2** **Personal Back Office**

Starting point for your business! Find all the **necessary tools** for monitoring your progress and keeping track of your bonuses.

**3** **Webinars**

**Several webinars per week in different languages** and time zones. The webinars give you the latest news about the company, you can participate in small groups or one-to-one trainings.

**4** **Leadership Events**

**Leadership events** are hosted in different parts of the world. You are invited to build your career path - we support you all the way to the top.



KG_USAO_00052852



KG_USAO_00052853



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000         Matching Bonus earned this week  20620  1202685  280020300



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000        Matching Bonus earned this week  20620  1202685  280020300



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000        Matching Bonus earned this week  20620  1202685  280020300

## ONECOIN GROWTH POTENTIAL



✓ **What needs to happen in order for OneCoin to achieve this growth?**

- **High number of traders** - **the more members, the higher the tradability** (the so-called "liquidity") of OneCoin, which boosts its value;

- **Active mining from members** – the **more mining occurs, the more the price** of OneCoin will **go up;**

- **Popularity** - **the more OneCoin is popularized** by its members as a viable alternative to Bitcoin, **the more its value will increase;**

- **Education of members** - the **better members are educated** about trading cryptocurrency, the more precise the trading process, hence **the value of OneCoin will go up.**



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400  10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000         Matching Bonus earned this week  20620  1202685  280020300



## THE FUTURE

✓ **OneCoin** has an **ambitious goal –** becoming **the new Bitcoin!**

✓ Once **90% of the OneCoins are mined,** we plan to go public and **list OneCoin on public exchanges!**

✓ Then, **OneCoin can be widely used in online transactions and e-wallet payments,** which will help it gain even more popularity!



I want to show people the increased Matching Bonus potential if they a) expand their organization and b) go for a bigger product packageIt may need two or more slides to show it clearly but here is an example of what you might earn with various packages if you get 2 who get 2, 3 who get 3, and 5 who get 5, assuming an average network bonus earning of just 100 euro per week of everyone in the teamPerhaps someone in the team might be able to display this graphically clearer than I for use in the PPTX1. Assuming everyone earns just 100 per week network bonus2. Assuming you are qualified with the minimum of one Trader on each leg2x2 TraderTycoon3x3 ProTraderTycoon5x5 Exec. TraderTycoon 220010%10%330010%10%550010%10%4400 10%990010%10%25250010%10% 8800 20%272700 20%1251250020%20%161600 25%818100 25%62562500 25%network bonus 3000   12000   78000           Matching Bonus earned this week  20620  1202685  280020300

# WHAT'S NEXT?

Join One – participate in the Token Market!

Buy and Sell Tokens!

Enjoy to see your Token Portfolio grow by SPLITS!

And make sure you join the first group of miners – to profit from the cryptocurrency OneCoin!



KG_USAO_00052859



THANK YOU!

KG_USAO_00052860