| To: | 888asialtd@gmail.com[888asialtd@gmail.com] |
|---|---|
| From: | Booking.com |
| Sent: | Sun 12/13/2015 12:54:29 AM (UTC) |
| Subject: | Your booking at Ponta dos Ganchos Resort |

Booking number: **428863633**
PIN code: 2330

## Thank you, Karl Sebastian! Your reservation is now confirmed.
Did you know you can book your business stays with Booking.com?

Get the print version | Paperless confirmation

### Ponta dos Ganchos Resort
Rua Eupideo Alves do Nascimento, 104 , Governador Celso Ramos (Santa Catarina), 88190-000, Brazil - Show directions

**Phone:** +554839537000



 Manage your booking         Paperless confirmation

| Your reservation | 4 nights, 1 room |
|---|---|
| Check-in | Sunday 13 December 2015 (from 14:00) |
| Check-out | Thursday 17 December 2015 (until 12:00) |

| Luxury Bungalow with Hot Tub | R$ 9,720 |
|---|---|
| 3 % VAT is included. | R$ 291.60 |
| **Price** | **R$ 10,011.60** |
|  | ✓ Best Price Guaranteed |

R$ 4.26 City tax per night is excluded.

Please note: additional supplements (e.g. extra bed) are not added to this total.

The price above excludes property-specific charges, such as tax and service charges. These are to be paid to the property at the time of your stay. Booking.com does not charge any reservation, administration or other fees.

## Is everything correct?
You can always view or change your booking online - no registration required.

- Edit credit card details
- Edit guest details
- Request early check-in or late check-out
- Contact the property

KG_USAO_00126241

## Room details

With a balcony, dry sauna and hot tub, this bungalow features a walk-in closet, Nespresso coffee-maker, wine cellar and a bed with 300-thread count Egyptian cotton linen. Included in the room rate, guests can enjoy a welcome drink and fruit basket.

| | |
|---|---|
| **Guest name** | Karl Sebastian Greenwood Edit guest name |
| **Number of guests** | max. 2 people. Edit number of guests |
| **Meal Plan** | Breakfast is included in the room rate. |
| **Prepayment** | The total price of the reservation may be charged anytime after booking. |
| **Cancellation policy** | If cancelled or modified up to 30 days before date of arrival, 5 percent of the total price of the reservation will be charged. If cancelled or modified up to 15 days before date of arrival, 50 percent of the total price of the reservation will be charged. If cancelled or modified later or in case of no-show, the total price of the reservation will be charged.<br>Any cancellation or modification fees are determined by the property. You will pay any additional costs to the property. |
| **Cancellation cost** | • From now on: R$ 10,011.60<br><br>*This reservation can not be cancelled free of charge.* |

## Payment

You have now confirmed and guaranteed your reservation by credit card.
All payments are to be made at the property during your stay, unless otherwise stated in the policies.
Please note that your credit card may be pre-authorised prior to your arrival.

**This accommodation provider accepts the following forms of payment:**
American Express, Visa, Euro/Mastercard, Diners Club

## Booking conditions

| | |
|---|---|
| **Guest parking** | Free private parking is possible on site (reservation is not needed). |
| **Internet** | WiFi is available in all areas and is free of charge. |

See all booking conditions

## Need help with your reservation?

| | |
|---|---|
| **Contact the property** | Phone: +554839537000 |
| **Manage your booking** | You can make changes, cancel or upgrade your reservation online anytime. Email customer service |

**.genius**

**Geniuses get their own customer service line**
Local number: **02 7873015**

When abroad or from Brazil: **+66 2 7873015**

## Get the free Booking.com apps for paperless check in

Access this confirmation - even when you're offline!



Need a car? Great deals on car rental guaranteed from our partner Rentalcars.com.
Check out rental car prices near your destination.

*Have a great trip!*
*Booking.com Customer Service Team*

Copyright © 1996–2015 Booking.com. All rights reserved.
This e-mail was sent by Booking.com, Herengracht 597, 1017 CE Amsterdam, Netherlands

KG_USAO_00126243