

# Reservation Confirmation

Dear Mr. Greenwood,

Thank you for choosing Beach View Villa, Koh Samui Thailand, as your holiday destination!

It is our great pleasure to confirm your stay with the following details.

**Your Reservations Details**

| | | |
|---|---|---|
| Villa name | : | **Beach View Villa** |
| Confirmation number | : | **A0001** |
| Name | : | **Mr. Sebastian Greenwood** |
| Arrival date | : | **22 December 2015** |
| Departure date | : | **12 January 2016** |
| No. of nights | : | **21 nights** |
| No. of persons: | : | **8 persons** |
| Villa rate | : | **1,010 USD per night** |
| Grand total | : | **21,210 USD** |
| Remarks | : | **Amount of 380,000 Baht paid on 01-09-15** |
| | | **Remaining amount to be paid by 22-11-15** |
| Cancellation policy | : | **Non refundable** |

*Kindly present this confirmation voucher upon check-in*

Thank you and we look forward to welcoming you to Beach View Villa!



*10/43 Moo 5, Tambon Bophut, Koh Samui Suratthani, Thailand 84320*
*Main: +66 81 894 6742 / +66 93 575 4757*
*Email: reservations@everasia.co / Website: www.everasia.co*
*Registration: 0845547006630*

KG_USAO_00006560