**From:** ▮▮▮▮▮▮▮▮▮▮
**To:** "'Sebastian Greenwood'" <sebgreenwood@gmail.com>
**Subject:** RE: Luxury Car Hire in Barcelona for 4 days
**Sent:** Mon, 4 Apr 2016 12:54:52 +0200
image002.jpg

Hi Karl,

I will get it all reserved for you now.

I don't seem to have a copy of your driving license though. We will need that before we deliver the car to your hotel.

You should receive confirmation of everything in the next hour.

Kind regards

▮▮▮▮▮
Account Manager

Europe Luxury Car Hire
Tel: ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮
www.europeluxurycarhire.com

skype user name: europeluxurycarhire



If you would like to confirm your reservation we will need from you as soon as possible copies of:

- Passport of the cardholder
- Driving licence of the cardholder
- Valid credit card (both sides) - Visa, Mastercard, Amex (Standard credit card fees apply)
- Billing address

We will send to you a username and password to login to our secure site (SSL certificate) where these documents can be uploaded. Alternatively you can send your documents directly to: secure@europeluxuryservices.com

- The cardholder must be present at the delivery of the car unless otherwise authorised
- If the driver is different to the cardholder we also require their passport and driving licence
- On booking your chosen vehicle we require a non-refundable reservation fee
- We can be contacted 7 days a week
- Terms and conditions can be found on our website

We look forward to hearing from you.

**From:** Sebastian Greenwood [mailto:sebgreenwood@gmail.com]
**Sent:** lunes, 04 de abril de 2016 12:51
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Luxury Car Hire in Barcelona for 4 days

Please find.

1. Passport copy

2. Drivers license

3. Credit Card, back and fromt.

I will be staying at the hotel des arts in barcelona on the 26th. Perhaps easiest to deliver there. I shall be there around 2pm afternoon. If that is not a good location for your driver I will arrive at BCN airport around 12.05 pm. What is the easiest?

Best regards,

Mr Greenwood.
Cell phone: 0066957786900

On Monday, 4 April 2016, ███████████████████████████████ > wrote:

Hi Sebastian

Thank you for your mail and booking confirmation.

To book the car can you please email copies of the following documents (smart phone image is fine).

1) Driving licence
2) Passport
3) Front and back of your credit card and advise billing address.

Could you also advise the collection and delivery addresses and time and the best contact number to give to the delivery driver.

Kind regards

███████
Account Manager

Europe Luxury Car Hire
Tel: ███ ███████████
████████████████████
www.europeluxurycarhire.com

skype user name: europeluxurycarhire



If you would like to confirm your reservation we will need from you as soon as possible copies of:

- Passport of the cardholder
- Driving licence of the cardholder
- Valid credit card (both sides) - Visa, Mastercard, Amex (Standard credit card fees apply)
- Billing address

We will send to you a username and password to login to our secure site (SSL certificate) where these documents can be uploaded. Alternatively you can send your documents directly to: secure@europeluxuryservices.com

- The cardholder must be present at the delivery of the car unless otherwise authorised
- If the driver is different to the cardholder we also require their passport and driving licence
- On booking your chosen vehicle we require a non-refundable reservation fee
- We can be contacted 7 days a week
- Terms and conditions can be found on our website

We look forward to hearing from you.

From: Sebastian Greenwood [mailto:sebgreenwood@gmail.com]
Sent: lunes, 04 de abril de 2016 11:04
To: ███████████
Subject: Re: Luxury Car Hire in Barcelona for 4 days

Hi ▮,

Thank you for your email, please go ahead with the booking.

Best regards,

Mr Karl Greenwood

On Monday, 4 April 2016, ▮▮▮ wrote:

Dear Karl

Thank you for your inquiry regarding the hire of a luxury car from Barcelona from the 26th May for 4 days

I can offer you the following, subject to availability.

**Range Rover Sport HSE – 495 Euros per day** (Inclusive of taxes, Insurance, collection and delivery, 600 Kms). 5000 Euros security deposit (This amount is retained when the hire commences and is released when the vehicle is returned).

We would deliver the car to your Hotel, Villa or have somebody waiting at the airport to greet you.

Please do not hesitate to contact me if you have any questions or would like to book the vehicle.

Kind regards

▮

Account Manager

Europe Luxury Car Hire
Tel: ▮

www.europeluxurycarhire.com

skype user name: europeluxurycarhire



If you would like to confirm your reservation we will need from you as soon as possible copies of:

- Passport of the cardholder
- Driving licence of the cardholder
- Valid credit card (both sides) - Visa, Mastercard, Amex (Standard credit card fees apply)
- Billing address

We will send to you a username and password to login to our secure site (SSL certificate) where these documents can be uploaded. Alternatively you can send your documents directly to: secure@europeluxuryservices.com

- The cardholder must be present at the delivery of the car unless otherwise authorised
- If the driver is different to the cardholder we also require their passport and driving licence
- On booking your chosen vehicle we require a non-refundable reservation fee
- We can be contacted 7 days a week
- Terms and conditions can be found on our website

We look forward to hearing from you.

KG_USAO_00007846

This email has been checked for viruses by Avast antivirus software.
www.avast.com

--
Best regards,

Sebastian Greenwood

This email has been checked for viruses by Avast antivirus software.
www.avast.com

--
Best regards,

Sebastian Greenwood

This email has been checked for viruses by Avast antivirus software.
www.avast.com