```
From:       "▮▮▮▮▮▮" ▮▮▮@europeluxurycarhire.com>
To:         <sebgreenwood@gmail.com>
Cc:         ▮▮▮▮@europeluxurycarhire.com>
Subject:    FW: Re: ELCHPM1767 Greenwood Delivery/Collection
Sent:       Fri, 13 May 2016 10:27:06 +0200
```

Dear Mr Greenwood

It is entirely up to you. If you can give us the flight details we can have the car delivered to the airport to meet you in arrivals. Alternatively, it can be delivered to the hotel. Can you also confirm the collection time for the 30th May?

Kind Regards

▮▮▮▮
Administration Manager
Europe Luxury Car Hire

Tel: ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
www.europeluxurycarhire.com



---------- Forwarded message ----------
From: "Sebastian Greenwood" <sebgreenwood@gmail.com>
Date: Thu, May 12, 2016 at 6:19 PM -0700
Subject: Re: ELCHPM1767 Greenwood Client Confirmation & Receipt - Please sign and return
To: "▮▮▮▮▮▮▮▮ @europeluxurycarhire.com>
Cc: "▮▮▮@europeluxurycarhire.com" <▮▮▮@europeluxurycarhire.com>

Dear ▮▮▮▮,

I will be staying at the Hotel Arts in Barcelona as of the 26th of May.

Is it conveneient for you to deoiver the car to the hotel or at the airport I will arrive at the airport around mid day.

Please advice.

Mr. Greenwood


On Monday, 4 April 2016, ▮▮▮▮▮▮ ▮▮▮@europeluxurycarhire.com> wrote:
Dear Mr Greenwood

Received, with thanks. As soon as you have your collection details please let me know.

Kind Regards

▮▮▮▮
Administration Manager
Europe Luxury Car Hire

Tel: 00 44 203 4111 574
kim@europeluxurycarhire.com
www.europeluxurycarhire.com

KG_USAO_00008572



**From:** Sebastian Greenwood [mailto:sebgreenwood@gmail.com]
**Sent:** 04 April 2016 13:49
**To:** ▮
**Cc:** ▮ropeluxurycarhire.com; ▮
**Subject:** Re: ELCHPM1767 Greenwood Client Confirmation & Receipt - Please sign and return

Dear ▮,

Thank you for your email.

Please find attached files signed.

Thank you,
Mr.Greenwood


On Mon, Apr 4, 2016 at 6:24 PM, ▮ <k▮@europeluxurycarhire.com> wrote:
Dear Karl

Thank you for choosing Europe Luxury Car Hire.

Please find attached the confirmation of your booking with us and the receipt of the reservation fee that has been paid today. This must be signed by you *on both pages where indicated* (at the bottom of page 1 and in the signature box of the receipt on page 2) and returned to us within 24 hours in order to secure the car for you. I note that we have already received copies of your passport, drivers licence and both the front and the back of the credit card, thank you. As soon as you have your collection details please let us know.

Late confirmation of or last minute changes to any details such as delivery and collection times, locations or flight details may result in delays in getting the vehicle to you on time and may incur additional charges. Likewise failure to ensure that funds are available for payments to be taken on the specified dates and failure to provide a mobile telephone number that you can be contacted on may also affect the delivery of your vehicle.

We hope that you enjoy the car and your trip. Should you have any queries before, during or after the rental or if you wish to extend the rental please contact your dedicated Account Manager Paul Minter in the first instance. Please note that the drivers or local office are unable to make arrangements regarding your car hire, this can only be done by contacting our central reservations office by calling ▮.

In the case of emergency, breakdown or for information, updates or last minutes changes regarding the delivery or collection of your vehicle please contact ▮.

Kind Regards

Kim Bates
Administration Department
Europe Luxury Car Hire

Tel: ▮
▮@europeluxurycarhire.com
www.europeluxurycarhire.com

EUROPE LUXURY CAR HIRE
Personal Service is What Drives Us

Virus-free. www.avast.com

--
Best regards,

Sebastian Greenwood

Virus-free. www.avast.com

--
Best regards,

Sebastian Greenwood

Virus-free. www.avast.com

KG_USAO_00008574