

England

1 September 2023

I am ▮▮▮▮▮▮▮▮▮, a citizen of Ukraine and now a resident of the United Kingdom. I ask that my address be redacted.

The Defendant, **Carl Sebastian Greenwood**[1], was a co-founder of OneCoin which is according to the FBI, a "criminal organization".

I became a OneCoin affiliate in 2015 because OneCoin was presented as a trustworthy company by Greenwood and his partner Ruja Ignatova as a world changer. It was presented as a balm to help everyone who was underbanked and financially empower everyone. It offered me, and the whole world, I believed, hope and encouragement.

I firmly believed in the legitimacy of OneCoin. The apparent credibility of the Defendant was a major factor in my joining OneCoin and my active promotion. I actively followed the Defendant on social media and attended marketing events where he spoke to OneCoin enthusiasts and prospects. Ignatova's input was just as impressive in creating trust as a lawyer and former consultant with the most impressive firm.

I invested significantly in OneCoin. I put in an initial amount of EUR 15,000 - or about USD 16,270. A significant amount of the funds I earned promoting the organization were also reinvested. This amount totals EUR 90,000. I believed I was owed USD 60 million by 2019 according to what they were saying.

At no point before 2019 did I suspect that OneCoin was a criminal organisation. In early 2019 I became suspicious and stopped promoting the network after being told that OneCoin was a fraud. I tried to resign but whatever funds the organization held of mine were immediately taken. The immediate financial hardship was very difficult.

---

[1] Sometimes written as "Karl"

I was owed an amount of USD 10,000 for doing translation work for the organization at events in 2018 in Dubai and Paris, and others, including a refund for my travel. This also was never paid.

As the true nature of the organization became apparent and I realised that I had been manipulated I became depressed and withdrawn. I actually became physically sick. I felt incredibly embarrassed, humiliated and disheartened. The shock of discovery adversely impacted my mental health. Four years were suddenly lost.

I should be restituted for this.

I was actually singled out for naming and shaming as someone spreading falsehoods.

Because of the nature of multi-level marketing where everything is based on personal relationships, I lost my livelihood (as a single mother approaching fifty and having already had to flee an occupied part of Ukraine) and had to reinvent my whole career.

I seek restitution from the Defendant.

No sentence is ever going to undo the devastation that the actions of the Defendant brought about to myself and multiple others. While he is incarcerated, he at least will not be able to repeat what he has pleaded guilty to and I ask that this be taken into account. The Defendant is ironically in a position, unlike so many of his victims, where his immediate subsistence is ensured.



1 September 2023