███████████████████████████████ >	3/19/2023 3:29 PM

### Statement with regards to one coin scam

To ███████████████████

### Statement with regards to one coin scam

In the years of 2016 to 2019 I wanted to invest money to make my retirement year more better for me and my wife. I was approached by a gentleman that was a mutual friend on Facebook my the name of mark Williams to investment in bitcoin and bitcoin mining. With the hope of a high return investment and hope of reaching our dreams of financial freedom we took the plunge. We sent one 1000 USD to a number block change. Then it was showing we were making hundreds to thousand per day on there platform. Then we wanted to withdraw some of our money and that is when the experience took a bad turn. They asked for money for all different excuses the need to set up a program to deposit money back into my blockchain. Tell me that I have to pay all the fees upfront then saying it does not work and they have to try something else. This went off and on for over three years until all of our savings were gone. It caused a lot of sleepless night and marriage conflicts with me and my wife. This whole issues has cause so much stress that I do not ever how if we will get our finances back too where they were. Dr Jonathan Levy has gave us some hope and over the years he has soon us that there maybe a day we will see hope of our funds returned to us. This is just a few point on what this has done we could go into more detail if needed.

Thank you
████████████

Sent from my iPhone