# Victim Impact Statement

Name of OneCoin / OneLife / OneEcosystem Financial Fraud Victim: ▮▮▮▮▮▮▮▮

I have lost at least EUR 125,000 (approx. USD 135,000) through my investments in OneCoin paid via HSBC Singapore bank transfers. I am a forcibly retired victim of a drunk driver on an Australian road with an extremely severe range traumatic brain injury, loss of all employment medical approvals & short changed for 5 years loss of earnings by Australian Government Compulsory Third Party Motor Accident Insurance where my Loss Of Earnings exceeded all their capped amounts. After court settlement, that took over 5 years living off my savings, I moved to Thailand where I previously used to work in the Offshore Oil Industry. I now have a Thai National wife & 2 children (dependants). My mental suffering as a result of the OneCoin Fraud is pretty bad compared to most due to the Frontal Cerebral Brain Injury. I now trade on the US Stockmarket for an income, however, over the last 6 months my income is now zero. I am almost broke & my wife is now attempting to support me & pay all the household bills. I am now 62 years of age, & last month, I had to borrow 108,000 Thai Baht ( USD 3,200-) off my sister in Australia to pay my annual Health Insurance.

In September 2015, when I made my 1st investment in OneCoin, I did it because they were supposedly modelled around Bitcoin & were supposed to have a fully operational Blockchain, which, they never did. A total lie & fraud.

Around November 2016, the Bulgarian OneCoin Criminals / Con Men / Scam Artists were supposed to open an exchange for changing OneCoins into Fiat Currency. The exchange XCOINX was only open for 3 weeks or less, then shut down;



As a company always striving to improve our products and services, we would like to announce that we are in the process of MIGRATING THE ONELIFE EXCHANGE PLATFORM, which is currently unavailable, to an entirely new home - ✓
www.xcoinx.com

This is the first step the OneCoin cryptocurrency is taking toward becoming PUBLICLY TRADED!

This will allow all OneLife Members to buy, sell and exchange OneCoins in a faster and greatly enhanced system. The migration process will be complete and the new exchange platform will be launched by Wednesday, so you will be able to get back to trading soon.

We would like to inform all Members that they can login to the xcoinx website using their current OneLife credentials. Upon activation, you will have access to all your current assets (OneCoin and Euro) as soon as you submit a request to migrate them to your brand new xcoinx account from your current OLN account. The Mining process and Token submission will still be located in the OLN Back office.

If you have any questions regarding the new exchange platform, please contact support@onelife.eu, or if you require any information regarding the payments – contact accounting@onelife.eu.

Throughout all this time, since 2015, there has never been a way of changing my OneCoins back into any Fiat Currency. According to OneCoin, now known as OneEcoSystem my OneCoins are now worth over EUR 22 million. I had planned to invest a lot of the income into my Thai Business which never happened due to the OneCoin Fraud. I have thought about committing suicide a lot, which is not uncommon for people with brain injuries, however, the only thing that has stopped me is that I have a wife & 2 children to look after.
Regards my own personal condition, J Levy has my Supreme Court Case Link regarding my brain injury confirmation that should be available to the US Prosecutor if required.

Yours sincerely,



20th March, 2023