| | |
|---|---|
| **From**: | Sebastian Greenwood [888asialtd@gmail.com] |
| **Sent**: | 1/1/2015 11:14:55 AM |
| **To**: | Dr. Ruja Ignatova [ruja@onecoin.eu] |
| **Subject**: | Re: New Years mail - special edition |

I read this and it confirms how far we can go with this thing, I will not stop and nobody can try and stop me. I will fight day and night to generate a worldwide audience who loves Crypto Queen and OneCoin.

You are for sure a very special person and I could never dream of meeting somebody like you. We have our difference at times, however have the same common ambition and goals. We set the rules along the way and do not take no for an answer.

You have added a a very special place in my heart and no matter what I am there for you no matter where in the world I am. I have set my targets and goals for the year and they are aggressive, would not have it any other way. We will make it.

Your Mighty Mouse
Sent from my iPhone

> On 31 Dec 2014, at 6:52 pm, Dr. Ruja Ignatova <ruja@onecoin.eu> wrote:
>
> Dear Darling
>
> After two bottles of champaigne, just for me alone and serious thinking and recap of 2014 i must say a lot of things happened, but overall was a good one.
>
> Last year on NY we did not know each other. And for sure we did not know abou the impact we would make on each others lives.
>
> There were many challenges this year - in the beginning getting rid of cancer like Kristian, BT, JT - me closing mentally my deal... Then starting off slowly again with John. And then finally finding our freedom and kicking ass. I had to give up some things - there is no way back to the traditional world I guess, but now some months later i came to terms on it. Of course it hurts a bit, but there is always a price to pay. I think we build up really something special. A good concept, a good team - and you have done miracles in the network. And no. I could and would never done this without you. Never. Sometimes i love you for this. Somedays i hate you for this. But you are definitely always on my mind. And we both know. Worst thing is indifference - to you i am never indifferent. So i guess i will continue growing with the challenges, even if it hurts a lot
>
> When I think where i was one year ago - I prefer the place i am in today much more. 2015 will be a very tough one. It is where we will be building the foundation to out empire. We will ge all projects going, stabilize. And then the real work in building the coin starts. I am exhausted - but the challenge excites me. If someone can do it, it is us.
>
> Both of us need however to make sure what we do is sustainable. Watch drinks, weight and the other dangerous and destructive stuff we do to ourselves. Otherwise the poor baby coins will be very sad.
>
> Before we started together the motto was "never complain, never explain". I must admit it is good to have you and be able to talk to you. As i will not leave u, please do not let me down. I am strong, i am tough and smart and i can handle a lot - but sometimes even i need someone. And this someone is you. We created a lot of things together - and for me you really feel like family. The evil brother i never had, but would have loved to have. Every year there are people who came new in my life and make a difference on me as a person. This year there are four of them - and you you are on top of this list.
>
> I am happy you are part of my life, and we might have a lot of differences about work, but as you are favorite, amazing, best and adopted coin - there is no one there with who I would prefer doing the stuff we do.
> We will be legends. Maybe not 2015 yet. But 2018 we will be
>
> I love you in my own way - for all that you are or not are, with the good and bad things, and maybe currently i am the only one who really knows who you are and what drives you. We both have a lot in common, we are not "good", we don t want and don t need to fit in, we make the rules, we take what we want and prefer to ask for forgiveness than for permission. We enjoy life, we like the kicks and thrills - and don t apologize for it.  I will always be there for you, whatever happens - friends don't judge, they help first - and beat you and ask questions afterwards :)
>
> We will make 2015 one to remember. There will be so many things that will ne amazing, special and intense
>
> Ruja, who you made the Cryptoqueen

>

KG_USAO_00060042