# Opportunity Presentation



- We want a standard Presentation
- DRAFT for Meetings.
- Then a short presentation, videos, etc
- Understand the PHILOSOPHY

ONE WORLD — ONE COIN

WWW.ONECOIN.EU

KG_USAO_00021542

# Past Presentation



- Presentations vary greatly
- Differences in philosophy

www.OneCoin.eu

ONE WORLD — ONE COIN

KG_USAO_00021543

# Current Pitch



- To pioneer OneCoin the pitch is simple. Bitcoin Boom Pitch.
  - Crypto/Bitcoin boomed. $1100.
  - Did you miss out on Bitcoin boom?
  - Welcome to OneCoin. Dr Ruja is guru.
  - [Now] Company Boom is credibility
  - Invest now, what could price be in 3 years?

ONE WORLD — ONE COIN

WWW.ONECOIN.EU

KG_USAO_00021544

# Current Pitch



- Works incredibly well!
- Problems
  - <u>Competitors</u>. Other Crypto-MLMs can copy Bitcoin story. The presentation should kill them off!
  - <u>Bitcoin</u>. If problems with Bitcoin? OneCoin is nearly bigger. OneCoin has different strategy. We need to have a 'post-bitcoin' story
  - <u>Credibility</u>. Does not explain the key question 'WHY have Crypto-currency?' so looks like a scam using Bitcoin like a short-term investment pitch as it has no credible business story

WWW.ONECOIN.EU

ONE WORLD — ONE COIN

KG_USAO_00021545

# Philosophy



- OneCoin should be about the Coin & Mining NOT the 'network' story as in other networks.

- The 'why join' ... 'money & boom' works! Presenter can explain if needed.

- Evolve away from simple Bitcoin..

ONE WORLD — ONE COIN

www.OneCoin.eu

KG_USAO_00021546

# Elements



1. Attention - OneCoins success is BUZZ
2. Pitch - The Bitcoin boom pitch. YES!
3. Credible - Why CC? Unique. Fast
4. Close - What Now? Urgency.

WWW.ONECOIN.EU

ONE WORLD — ONE COIN

KG_USAO_00021547

# Process



- Read Draft and provide Feedback
- Read Final Version - feedback
- Add Graphics and final version
- Implement, translations, feedback

ONE WORLD — ONE COIN

WWW.ONECOIN.EU



KG_USAO_00021549



KG_USAO_00021550



Why is OneCoin the fastest growing consumer company in the world that will create more millionaires from the masses in the history of the world?
Scam? Hype? Learn the facts?

ONE WORLD — ONE COIN

KG_USAO_00021551



KG_USAO_00021552





KG_USAO_00021554



KG_USAO_00021555



KG_USAO_00021556

# Crypto-currency

**Cryptocurrency** is digital currency that uses cryptography for security and anti-counterfeiting measures. The first cryptocurrency to be created was Bitcoin in 2009. The value of cryptocurrency is not tied to any country or central bank. The value is driven only by supply and demand.





**Value of 1 Bitcoin**



**New Currencies**



**Cryptocurrency**

2009: 1 x Bitcoin: USD 0.10

2013: 1 x Bitcoin: USD 1100

Bitcoin paved the way for new currencies to enter the market. OneCoin is superior to its competitors due to its technological concept and marketing strategy

The value of this currency is dependent on supply and demand. Cryptocurrency behaves like gold and silver.

KG_USAO_00021557



blogs.wsj.com/digits/2015/10/22/eu-rules-bitcoin-is-a-currency-not-a-commodity-virtually/

# THE WALL STREET JOURNAL.

6:15 am ET
Oct 22, 2015      EUROPE

## EU Rules Bitcoin Is a Currency, Not a Commodity—Virtually

The ruling is a significant boost for bitcoin in one of the world's largest trading areas. — Bloomberg News

Europeans: Go buy some bitcoins. They're tax free.

Virtual currency bitcoin took another step toward legitimacy Thursday, when Europe's top court ruled that it must be treated like a currency—not a commodity—for tax purposes.

KG_USAO_00021559



KG_USAO_00021560



This coin went from $0.10 to $1,203.00 Per coin. Creating a lot of millionaires.

ONE WORLD — ONE COIN

## Someone who took action





Purchased his first batch of 5,000 coins for $0.20 a piece.  ($1,000)

He traded them for approximately $258 a piece………. earning himself a $1,290,000 profit.

Jered Kenna - Bitcoin Millionaire

www.OneCoin.eu

ONE WORLD — ONE COIN

KG_USAO_00021562

# Someone who missed out!



"In 2009 my friend Steve had been buying thousands of bitcoin between $0.13 - $0.50 cents each...

Steve told me I should buy some myself

I went on the internet to do research and found a bunch of articles saying bitcoin was a ponzi scam

So I decided to pass up on the opportunity

Tom N
Ft. Lauderdale, FL

4 years later Steve could sold his coins for over $900 per coin earning himself an $8,000,000 profit!

ONE WORLD — ONE COIN

WWW.ONECOIN.EU



You missed the Bitcoin boom.
Are you interested in riding the
next crypto-boom?

ONE WORLD — ONE COIN

WWW.ONECOIN.EU

## OneCoin™ Founder
### Dr. Ruja Ignatova – World Expert in Crypto-Finance



### Professional Background

- Degree in Law from The University of Oxford
- Masters Degree in Economics from the University of Konstanz
- Former Associate Partner with McKinsey & Company
- Former CEO & CFO of one of the largest Asset Management Funds in Bulgaria

**McKinsey & Company Expertise**

- Corporate Banking
- Private Equity (KKR, TPG)
- Asset Management
- Risk Management
- Operating & Liquidity Risk

**Additional Expertise**

- Multiple projects for Texas Pacific Group (TPG)
- Awarded Business Woman of the Year 2012 in Bulgaria
- Prior Consulting Experience in cryptocurrency.

ONE WORLD — ONE COIN



KG_USAO_00021566





# Why does the world need crypto-currency?
# If it does, who will win and why?

ONE WORLD — ONE COIN

KG_USAO_00021568



# 1. Two Bn 'Unbanked'

- World Bank reports that 40% of world's Adults, two billion people, have no 'banking'. No bank accounts.

- No financial empowerment. No loans. No development. No security. No hope. Source of all majors developing world problems.

- World's No1 Problem!



KG_USAO_00021569





- No banking because too hard, too expensive.
- Empowerment starts with currency. Crypto-currency allows for ultra-low cost banking because digital mobile based.
- Market worth – trillions

ONE WORLD – ONE COIN

WWW.ONECOIN.EU

KG_USAO_00021570

# 2. Remittances





- Person-person international money transfers
- $583bn – 2014 World Bank
- 9 countries - 20% of GDP
- Up to 29% cost. Average 7.7%
- $22trn in business-business
- Expensive, Restricted, Inconvenient
- Crypto-currency – 80% cheaper, faster, unlimited



WWW.ONECOIN.EU

ONE WORLD — ONE COIN

KG_USAO_00021571

# 3. Protect Income & Wealth



- If your income & wealth is based in a currency, it is dependent on the strength of a currency.

- Most currencies are weak

- 'Strong' currencies are being destroyed





www.OneCoin.eu

www.shutterstock.com · 36953851

KG_USAO_00021572



# Crypto-currency has no inflation



- The world is looking for a new secure inflation-proof, government proof currency.

- Crypto-currency is only option!

- Opportunity in trillions.



www.OneCoin.eu

ONE WORLD — ONE COIN

KG_USAO_00021574

# Market Summary



- Three Uses - Unbanked, Remittances and Protecting wealth.
- $trillion opportunity

**$1,000,000,000,000**

www.OneCoin.eu



# The Winners

Crypto-currency is digital, global and networked. Like Facebook.

There will be only one or two global cryptos. They are a **'Reserve Crypto-Currency'**

ONE WORLD – ONE COIN

WWW.ONECOIN.EU

KG_USAO_00021576



# Reserve Currency



- What the world transacts in. Safe-haven.
- 63% of reserves in US$. 22% in Euro.
- World commodities in $US.

Google - *Countries such as Russia and the People's Republic of China, central banks, and economic analysts and groups, such as the Gulf Cooperation Council, have expressed a desire to see an independent new currency replace the dollar as the reserve currency.*

WWW.ONECOIN.EU

ONE WORLD — ONE COIN

KG_USAO_00021577

# The Seven Tests™



- A Reserve Crypto-Currency must have:
1. <u>Coin Number</u>. Billions of coins.
2. <u>Developing World Coin Value</u>. Never use 0.002 Bitcoin!
3. <u>Millions of Users</u>.
4. <u>Millions of merchants.</u>  Usability
5. <u>Global Usage.</u>  Networked world.
6. <u>Education Led</u>. Mass market need education
7. <u>Secure</u>. Security of currency AND security of use

www.OneCoin.eu

ONE WORLD — ONE COIN

KG_USAO_00021578

# Why Bitcoin Fails



1. <u>Coin Number</u>. Only 21mil - FAIL
2. <u>World Coin Value</u>. $300 - FAIL
3. <u>Millions of Users</u>. 1mil - FAIL
4. <u>Millions of merchants</u>. 200,000 - FAIL
5. <u>Global Usage</u>. Limited - FAIL
6. <u>Education Led</u>. Nothing. - FAIL
7. <u>Secure</u>. – Strong.



www.OneCoin.eu

ONE WORLD — ONE COIN

KG_USAO_00021579



The biggest race in the world is to create the world's first Reserve Crypto-currency and solve the world's greatest financial challenge and change the world forever.

ONE WORLD — ONE COIN

WWW.ONECOIN.EU

KG_USAO_00021580



# How to create the World's 1st Reserve Crypto-Currency

ONE WORLD — ONE COIN

WWW.ONECOIN.EU

KG_USAO_00021581

# OneCoin™ Founder
## Dr. Ruja Ignatova – World Expert in Crypto-Finance



### Professional Background
- Degree in Law from The University of Oxford
- Masters Degree in Economics from the University of Konstanz
- Former Associate Partner with McKinsey & Company
- Former CEO & CFO of one of the largest Asset Management Funds in Bulgaria

**McKinsey & Company Expertise**
- Corporate Banking
- Private Equity (KKR, TPG)
- Asset Management
- Risk Management
- Operating & Liquidity Risk

**Additional Expertise**
- Multiple projects for Texas Pacific Group (TPG)
- Awarded Business Woman of the Year 2012 in Bulgaria
- Prior Consulting Experience in cryptocurrency

ONE WORLD — ONE COIN

KG_USAO_00021582

# OneCoin Strategy



- World Authority on crypto-finance who as an entrepreneur, she developed a strategy and business to create OneCoin.
- Core Philosophy – T.E.D.
  - *Technology*
  - *Education*
  - *Distribution*

WWW.ONECOIN.EU

ONE WORLD — ONE COIN

KG_USAO_00021583

# Eight Keys



1. <u>Centralised Mining</u> – Creates security for mining pool for non-technical people.
2. Trust- Only Independently <u>audited blockchain</u>.
3. Company only <u>manages mining platform</u> and exchange. Opportunity is crypto-finance banking.
4. Company must <u>promote the coin</u>.
5. <u>Education first</u> for miners as mass-market. OneAcademy.
6. <u>Normal marketing costs</u> to find miners. Commission-only.
7. Step One is <u>Mining Opportunity</u>. Invitation only private mining pool for masses.
8. <u>Best distribution concept</u> to find people to find miners, users and merchants globally is Network Marketing.

WWW.ONECOIN.EU

ONE WORLD — ONE COIN

KG_USAO_00021584



Step 1 - Mine enough coins for global use. Mine, don't sell!

Step 2 – Develop Global User Platform. Pioneer 2016

# OneCoin Passes the Seven Tests



1. <u>Coin Number</u>. 2.1bn coins. 100x Bitcoin.
2. <u>Developing World Coin Value</u>.
3. <u>Mass Millions of Users</u>. 1.3mn members so far. 5,000 join per day.
4. <u>Millions of merchants.</u> By Members. 24 million Mastercard
5. <u>Global Usage.</u> 200+ countries. All regions.
6. <u>Education Led</u>. OneAcademy
7. <u>Secure</u>. Centralised. Audited. KYC.



www.OneCoin.eu

ONE WORLD — ONE COIN

KG_USAO_00021586



KG_USAO_00021587



Some online bloggers are like online tabloids, creating negative news to attract visitors for advertising profits

OneCoin is major source of traffic for many independent bloggers



NEWS • TECHNOLOGY

## Stanford Joins NYU and Duke in Offering Bitcoin Course

Grace Caffyn (@GGCaffyn) | Published on August 24, 2015 at 12:17 BST

NEWS IN BRIEF

649    751    60    107    157

Stanford is joining NYU and Duke University in offering a course on bitcoin – kicking off with a free security webinar tomorrow.

The college's new course, *Crypto Currencies: Bitcoin and Friends*, launches on 21st September. Besides Stanford students, it will be open to professionals completing their graduate certificate in cyber security.

Computer Science professor Dan Boneh, an expert in applied cryptography, will lead the course – which tackles security across the entire bitcoin ecosystem. In a release he said:

> "The technology behind bitcoin and other crypto currencies can be an indispensable tool for protecting information."

While the introductory webinar is free, tuition for the remainder of the sessions clocks in at $3,960 (a $600 discount for attendees from one of Stanford's member organisations). To complete the certificate, which requires four modules in total, will cost between $13,440 and $18,480.

Founded in 1885, Stanford frequently ranks in the top five universities in the US, only 5.7% applicants who apply are accepted. While not the first, it is the most prestigious school to offer

KG_USAO_00021589





# With the Education you receive Extra Value!

**Level 1 - Academy**
130 euros
1000 tokens

**Level 4 - Academy**
3030 euros
30,000 tokens

**Level 2 - Academy**
530 euros
5000 tokens

**Level 5 - Academy**
5030 euros
60,000 tokens

**Level 3 - Academy**
1030 euros
10,000 tokens

**Level 6 - Academy**
12530 euros
150,000 tokens

You can increase the number of tokens you get through Splits. The higher the package, the greater number of splits.

* Each product package has a one-time registration fee of 30 EUR added

ONE WORLD — ONE COIN

WWW.ONECOIN.EU

KG_USAO_00021591



KG_USAO_00021592

# Financial opportunity



- Earn Commission Refering Miners
- Build team – No monthly qualification
- 300 people earn Euro35k per week.
- Amazing Support

ONE WORLD – ONE COIN

www.OneCoin.eu

KG_USAO_00021593





# Join the Mining Platform by selecting Education Package.

ONE WORLD – ONE COIN

www.OneCoin.eu

KG_USAO_00021595



KG_USAO_00021596