

www.pbwt.com

September 6, 2023

Lauren Schorr Potter
Partner
(212) 336-2117
lspotter@pbwt.com

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   <u>**United States v. Greenwood**</u>, S16 17 Cr. 630 (ER)

Dear Judge Ramos,

Pursuant to the Court's direction, we respectfully submit this letter in response to the application filed on August 30, 2023 by Inner City Press to "unseal the sentencing submission and exhibits" filed on behalf of Karl Greenwood in the above-captioned matter. *See* ECF No. 567.

Consistent with Rules 21.3 and 21.4 of the Southern District of New York's Electronic Case Filing Rules & Instructions, as well as Your Honor's Individual Rules, the defense has redacted certain categories of sensitive information from the sentencing submission filed on Mr. Greenwood's behalf.  Such categories of information include, but are not limited to: (i) details regarding Mr. Greenwood's pre-trial detention that affect his mental and physical health; (ii) details regarding the mental and physical health of Mr. Greenwood as well as his close family and friends; and (iii) descriptions of police conduct in connection with Mr. Greenwood's arrest that may reasonably be viewed as raising complaints about law enforcement.

In addition, the defense has redacted citation to and discussion of a single case which, if unredacted, would implicitly reveal sensitive details about Mr. Greenwood's pre-trial detention and resulting mental and physical health.  This case is referenced on only two pages of the sentencing submission.

Finally, the defense has requested that the following documents be filed entirely under seal: (i) a report regarding Mr. Greenwood's health status; (ii) copies of Mr. Greenwood's medical records from the MDC; and (iii) letters of support written by Mr. Greenwood's family and friends.  Sealing of "medical records, treatment and diagnosis" is expressly authorized under Rule 21.4 and should be permitted in this case.

September 6, 2023
Page 2


       The defense submits that the sealing of letters of support from Mr. Greenwood's family and friends is similarly warranted.  Many of these letters reference private information regarding third parties', and Mr. Greenwood's, mental and physical health.  Moreover, this case has received extensive media coverage in the United States and in Mr. Greenwood's home country of Sweden, causing fear, anxiety, and discomfort for Mr. Greenwood's family and friends.  As noted in redacted portions of the sentencing submission, specific measures have already been required to protect the privacy of Mr. Greenwood's family and prevent harassment.  In light of these circumstances, we respectfully request that the letters of support remain filed under seal to protect the identities of these individuals, almost all of whom are overseas.[1]  *See United States v. Pasqua*, No. 16-CR-591 (NSR), 2020 WL 7338082, at \*7 (S.D.N.Y. Dec. 12, 2020) (finding that letters of support from "innocent third parties" attached as exhibits to defendant's sentencing submission could remain under seal due to concern that "the disclosure of these letters would endanger those innocent third parties").  For the same reasons, the defense has redacted from the sentencing submission the names of these individuals and the corresponding portions of their letters containing sensitive information.


       Respectfully Submitted,

Lauren Schorr Potter

---

[1] To the extent, the Court believes sealing of all 32 letters of support is unwarranted, the defense respectfully requests that Exhibits 10 and 11 remain under seal due to the particularly sensitive information discussed therein. Specifically, as noted *supra,* Exhibits 10 and 11 include comments that may reasonably be interpreted as criticism of law enforcement that may subject the third parties to fear of retribution.  Moreover, to the extent the Court orders unsealing of the remaining 30 letters of support, the defense requests permission to redact sensitive information from the letters, including the third parties' names and references to physical and mental health conditions.