

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 6, 2023

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Karl Sebastian Greenwood*, 17 Cr. 630 (ER)

Dear Judge Ramos:

    The Government respectfully submits this letter in response to the Court's order of August 30, 2023, directing the parties to respond to a request to unseal portions of the defendant's sentencing submission. Dkt. 568. The Government takes no position as to the defendant's request to seal portions of his submission.

                                 Respectfully submitted,

                                 DAMIAN WILLIAMS
                               United States Attorney

                      By:     /s/
                               Nicholas Folly
                               Kevin Mead
                               Juliana Murray
                               Assistant United States Attorneys
                               (212) 637-1060 / -2211 / -2314

Cc:    All Counsel of Record (via ECF)