UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

KARL SEBASTIAN GREENWOOD,

Defendant.

**ORDER**

17-cr-630 (ER)

RAMOS, D.J.:

On August 29, 2023, Defendant submitted his sentencing submission, which included portions that were redacted and under seal. Doc. 566. The next day, Matthew Russell Lee of the Inner City Press moved to unseal the sentencing submission. Doc. 567. Defendant opposes unsealing (Doc. 571), and the Government takes no position (Doc. 573).

The Court finds that unsealing is not warranted in that the redactions in Defendant's sentencing submission are appropriately limited to Defendant and his family's medical information, his family's identities and personal information, and other similarly protected information. Accordingly, the motion to unseal Defendant's sentencing submission, Doc. 567, is DENIED.

It is SO ORDERED.

Dated:   September 7, 2023
         New York, New York

EDGARDO RAMOS, U.S.D.J.