

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2023

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   *United States v. Karl Sebastian Greenwood*, 17 Cr. 630 (ER)

Dear Judge Ramos:

    In advance of the defendant's sentencing, the Government respectfully submits the attached preliminarily order of forfeiture, which the Government will ask the Court to enter at the sentencing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____/s/_____
Nicholas Folly
Kevin Mead
Juliana Murray
Assistant United States Attorneys
(212) 637-1060 / -2211 / -2314

Cc:   All Counsel of Record (via ECF)