**Criminal Notice of Appeal - Form A**

## NOTICE OF APPEAL

### United States District Court

Southern District of New York


RECEIVED SEP 12 2023 S.D.N.Y - APPEALS

Caption:
UNITED STATES v.
KARL SEBASTIAN GREENWOOD

Docket No.: 17 Cr. 630 (ER)
JUDGE RAMOS
(District Court Judge)

Notice is hereby given that KARL SEBASTIAN GREENWOOD appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)
entered in this action on SEPT. 12, 2023
(date)

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction & Sentence [ ]   Other [ ]
Defendant found guilty by (plea) [✓]   | trial |   | N/A |
Offense occurred after November 1, 1987? (Yes) | No [ ]   N/A [ ]
Date of sentence: SEPT. 12, 2023   N/A [ ]

Bail/Jail Disposition: Committed [✗]   Not committed |   | N/A |

Appellant is represented by counsel? (Yes)   | No |   | If yes, provide the following information:

Defendant's Counsel: JUSTIN S. WEDDLE
Counsel's Address: 250 W. 55TH ST. FL. 30
NEW YORK, NY 10019
Counsel's Phone: 212-997-5518

Assistant U.S. Attorney: NICHOLAS FOLLY
AUSA's Address: ONE SAINT ANDREW'S PLAZA
NY, NY 10007
AUSA's Phone: 212-637-2200

Signature