**Criminal Notice of Appeal - Form A**

# NOTICE OF APPEAL

United States District Court

Southern District of New York

RECEIVED OCT 10 2023 S.D.N.Y - APPEALS

Caption:

USA v. Greenwood

Docket No.: 17-cr-630

Ramos (District Court Judge)

Notice is hereby given that **Matthew Russell Lee** appeals to the United States Court of Appeals for the Second Circuit from the judgment ___, other, **Sept 7 order denying unsealing** (specify) entered in this action on **Sept 7, 2023** (date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |___| Other |✓|

Defendant found guilty by plea |✓| trial | | N/A |

Offense occurred after November 1, 1987? Yes |✓| No | N/A |

Date of sentence: _____ N/A |___|

Bail/Jail Disposition: Committed |___| Not committed | | N/A |

Appellant is represented by counsel? Yes | No | If yes, provide the following information:

Defendant's Counsel: greenwoods: **Laura Schorr Potter**   Appellant- **Matthew Russell Lee**

Counsel's Address: **PO Box 20047 NYC 10017**

Counsel's Phone: **212 336 2117**   **718 716 3540**

Assistant U.S. Attorney: **Kevin Mead**

AUSA's Address: **Kevin.meade@usdoj.gov**

AUSA's Phone: **212 637 2211**

Signature: *Matt Lee*

# 21882 - $505.00 - EN - 10/10/2023

# U.S. District Court

## New York Southern - Manhattan

Receipt Date: Oct 10, 2023 11:37AM

MATTHEW RUSSELL LEE

Rcpt. No: 21882　　　　　　　　　　　Trans. Date: Oct 10, 2023 11:37AM　　　　　　　　　　　Cashier ID: #EN

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 203 | Notice of Appeal/Docketing Fee |  | 1 | 505.00 | 505.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $505.00 |

Total Due Prior to Payment: $505.00

Total Tendered: $505.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments:** 17CR630-5 ER

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

– against –

KARL SEBASTIAN GREENWOOD,

Defendant.

**ORDER**

17-cr-630 (ER)

Ramos, D.J.:

On August 29, 2023, Defendant submitted his sentencing submission, which included portions that were redacted and under seal. Doc. 566. The next day, Matthew Russell Lee of the Inner City Press moved to unseal the sentencing submission. Doc. 567. Defendant opposes unsealing (Doc. 571), and the Government takes no position (Doc. 573).

The Court finds that unsealing is not warranted in that the redactions in Defendant's sentencing submission are appropriately limited to Defendant and his family's medical information, his family's identities and personal information, and other similarly protected information. Accordingly, the motion to unseal Defendant's sentencing submission, Doc. 567, is DENIED.

It is SO ORDERED.

Dated:   September 7, 2023
         New York, New York

EDGARDO RAMOS, U.S.D.J.