**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of July, two thousand twenty-five.

Before:      Barrington D. Parker,
                 Michael H. Park,
                 Alison J. Nathan,
                        *Circuit Judges*.

_____

United States of America,

        Appellee,

v.

Karl Sebastian Greenwood,

        Defendant - Appellee,

Mark S. Scott, Ruja Ignatova, AKA Cryptoqueen, Konstantin Ignatov, David R. Pike, Frank Schneider, Irina Dilkinska,

        Defendants.

v.

Matthew Russell Lee,

        Appellant.
_____

**JUDGMENT**

Docket No. 23-7432

The appeal in the above captioned case from an order of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs.

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's order is AFFIRMED in part and VACATED in part, and the matter is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED 9/19/2025

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 09/19/2025**